# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

GEORGE SCHUSSEL
5 Kimberly Terrace
Lynnfield, MA 01810

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR04-10060:001 RCL

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br><br>John Joseph Moakley Courthouse, 1 Courthouse Way<br>Boston, Massachusetts 02210<br>Before:     The Hon. Joyce London Alexander | Room<br>#24, 7th Floor |
|---|---|
| | Date and Time<br>3/8/04, 1:00 PM |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    18, 26    United States Code, Section(s)    371, 7201

Brief description of offense:

See Indictment.

NOTE: PLEASE REPORT TO THE UNITED STATES PRETRIAL SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 9:00 AM TO BE INTERVIEWED BY A PRETRIAL SERVICES OFFICER PRIOR TO YOUR 1:00 PM APPEARANCE BEFORE THE COURT.

_Rex Brown, Courtroom Clerk_
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

3/4/04
Date

## RETURN OF SERVICE

Service was made by me on:[1]                                Date

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant at:

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐  Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____           _____
              Date                              Name of United States Marshal

                                                _____
                                                (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

CR04-F10060ARCUSE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 2030 0002 9083 3670

Sent To: George Schussel
Street, Apt. No.; or PO Box No.: 5 Kimberly Terrace
City, State, ZIP+4: Lynnfield MA 01810

PS Form 3800, June 2002                    See Reverse for Instructions