AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES
v.
GEORGE SCHUESEL

**APPEARANCE**

Case Number: Cr. No. 04-10060-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *the defendant*

I certify that I am admitted to practice in this court.

Date: 3/8/04

Signature: [signed] Francis J. DiMento

Print Name: FRANCIS J. DiMENTO

Bar Number: MA 125000

Address: 7 FANEUIL HALL MARKETPLACE

City/State/Zip: BOSTON, MA 02109-1649

Phone Number: 617-523-2345

Fax Number: 617-523-2346

FILED
In Open Court
USDC, Mass.
Date 3-8-04
By S.S.
Deputy Clerk