AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASS

USA
v.
Schussel

**APPEARANCE**

Case Number: Cr No 04-10060-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  George Schussel

I certify that I am admitted to practice in this court.

3-8-04
Date

*signature*
Signature

Martin G Weinberg    519480
Print Name                 Bar Number

20 Park Sq
Address

Boston        MA        02116
City          State     Zip Code

617-227-3700       617-338-9538
Phone Number       Fax Number

FILED
In Open Court
USDC, Mass.
Date 3-8-04
By: *signed*
Deputy Clerk