UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)    CRIMINAL NO. 04-10040-RCL<br>)<br>GEORGE SCHUSSEL, )<br>      Defendant )<br>) | |

### JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the following periods of time:

1. The 38 days from the arraignment, March 8, 2004 through April 15, 2004, the date of the Initial Status Conference; and the time from April 15, 2004 through the date of the interim status conference, under 18 U.S.C. § 3161(h)(8)(A), because the defendant is participating in automatic discovery, and the ends of justice served by allowing time for the defendant to review the discovery material and to determine which pre-trial motions to file outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN             Frank J. Dimento
United States Attorney            Frank Dimento, Sr., Esquire

By: Carmen M. Ortiz            Martin Weinberg, Esquire
Carmen M. Ortiz
Assistant U.S. Attorney

Counsel for Defendant

Dated: April 15, 2004

FILED
In Open Court
USDC, Mass.
Date 4-15-04
By ___
Deputy ___