UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CRIMINAL NO. 04-10040-RCL<br>GEORGE SCHUSSEL, )<br>  Defendant )<br>) | |

## ORDER EXCLUDING TIME

The Court orders that the period of time from March 8, 2004, through May 28, 2004, the date of the interim status conference, is excludable for the following reasons:

1. The 38 days from the arraignment, March 8, 2004, through April 15, 2004; and

2. The time from April 15, 2004 through May 28, 2004, the date of the interim status conference.

Both pursuant to 18 U.S.C. § 3161(h)(8)(A), because the defendant is participating in automatic discovery, and the ends of justice served by allowing time for the defendant to review the discovery material and to determine which pre-trial motions to file outweigh the defendant's and the public's interest in a speedy trial. because the ends of justice served by allowing time for the defendant to review the discovery material and to discuss with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

Hon. Joyce London Alexander
United States Magistrate Judge

Dated: 4/15, 2004

FILED
In Open Court
USDC, Mass.
Date 4-15-04
By ___
Deputy Clerk