UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 5-28-04
By G.B.
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GEORGE SCHUSSEL, )<br>Defendant )<br>) | CRIMINAL NO. 04-10040-RCL |

## JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from May 28, 2004 through the date of the final status conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to determine what pre-trial motions to file outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Carmen M. Ortiz
Assistant U.S. Attorney

*[signature]*
Frank Dimento, Sr., Esquire

*[signature]*
Martin Weinberg, Esquire

Counsel for Defendant

Dated: May 28, 2004

5/28/04 *[handwritten notation]*, M.J. Allowed.