UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 5-28-04
By C.S.
Deputy Clerk

UNITED STATES OF AMERICA       )
                               )
        v.                     )
                               )    CRIMINAL NO. 04-10040-RCL
                               )
GEORGE SCHUSSEL,               )
        Defendant              )
                               )

## ORDER EXCLUDING TIME

The Court orders that the period of time from May 28, 2004, through July 20, 2004, the date of the final status conference, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the voluminous discovery material and to determine what pre-trial motions to file, outweigh the defendant's and the public's interest in a speedy trial.

                                                      _____
                                                      Hon. Joyce London Alexander
                                                      United States Magistrate Judge

Dated: May 28, 2004