UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10040-RCL |
| GEORGE SCHUSSEL, ) | |
| Defendant ) | |
| ) | |

## JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from July 20, 2004 through the date of the next interim status conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to determine what pre-trial motions to file, specifically dealing with various complex issues relating to the attorney client privilege, outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Carmen M. Ortiz*
Carmen M. Ortiz
Assistant U.S. Attorney

*Frank J Dimento*
Frank Dimento, Sr., Esquire

*Martin Weinberg*
Martin Weinberg, Esquire

Counsel for Defendant

Dated: July 20, 2004

FILED IN OPEN COURT
U.S. DISTRICT COURT
JUL    2004
RECEIVED