UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
              v.              )
                              )      CRIMINAL NO.  04-10040-RCL
                              )
GEORGE SCHUSSEL,              )
              Defendant       )
                              )

## ORDER EXCLUDING TIME

The Court orders that the period of time from July 20, 2004, through August 19th, 2004,

the date of the next interim status conference, is excludable under 18 U.S.C. § 3161(h)(8)(A),

because the ends of justice served by allowing time for the defendant to further review the

voluminous discovery material and to determine what pre-trial motions to file, specifically

dealing with various complex issues relating to the attorney client privilege, outweigh the

defendant's and the public's interest in a speedy trial.

_____
Hon. Joyce London Alexander
United States Magistrate Judge

Dated: August 19th, 2004