UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10060-RCL |
| GEORGE SCHUSSEL, ) | |
| Defendant ) | |
| ) | |

## ORDER EXCLUDING TIME

The Court orders that the period of time from August 19, 2004, through September 14, 2004, the date of the final status conference, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to obtain further discovery material and to determine what pre-trial motions to file, specifically dealing with various complex issues relating to the attorney client privilege, outweigh the defendant's and the public's interest in a speedy trial.

_____
Hon. Joyce London Alexander
United States Magistrate Judge

Dated: 9/14, 2004