UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10060-RCL |
| GEORGE SCHUSSEL, ) | |
|     Defendant ) | |
| ) | |

REPORT & ORDER ON
FURTHER FINAL STATUS CONFERENCE

ALEXANDER, M.J.

      On September 14, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are features of the case that deserve special attention or modification of the standard schedule. In particular, this is a very complex conspiracy and tax evasion case, with numerous evidentiary issues involving the attorney-client privilege that need to be resolved. A joint motion requesting that the case be designated a "complex case" for purposes of the Speedy Trial Act, was allowed by the District Court on September 14, 2004.

    The parties submit that, as referenced in the previous Joint Memorandum for Final Status Conference filed on August 19, 2004, the privilege logs anticipated from defendant's current and prior counsel have been completed and provided to the relevant parties. The defendant is now in the process of preparing, and will be filing motions to exclude certain documentary evidence on the basis of the attorney-client privilege. Further, the defendant intends to file motions to exclude certain anticipated testimonial evidence on the basis of the attorney-client privilege, opinion and work product privilege, issues relating to joint defense agreements, and other stated privileges.

2. Discovery is complete.

3. Supplemental discovery is not anticipated until 30 - 60 days prior to trial.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act: 190 days.

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence:
   70 days.

IT IS HEREBY ORDERED THAT

Paragraph 7(b) of the 9/14/04 Joint statement is established as the briefing schedule. Whereas all pretrial matters have been resolved the case is returned to the District Judge.

By the Court,

Date: 9/28/04

/S/ Rex Brown
Deputy Clerk

3