UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10060 RCL

GEORGE SCHUSSEL
    Defendant

NOTICE
OF STATUS HEARING

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **status hearing** at **11:45 a.m.** on **Thursday, December 16, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24, on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant need not appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

December 15, 2004      /S/ Rex Brown
Date      Courtroom Clerk
     (617) 748-9238

Notice to:    Martin Weinberg, Esq.
    *Via electronic filing*
    Frank Dimento, Esq.
    *Via Standard Mail and telephonic communique*
    AUSA Carmen Ortiz, Esq.
    *Via electronic filing*