UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 04-10060-RCL |
| GEORGE SCHUSSEL, | ) |
| Defendant | ) |
| | ) |

**MOTION FOR CONTINUANCE OF HEARING DATE**

Now comes the defendant, George Schussel, by and through his counsel, Martin G. Weinberg, who hereby moves that this Honorable Court continue the date presently set for evidentiary hearings on defendant's Motion to Suppress Government's Use and Acquisition of Privileged Materials and for Other Appropriate Relief in the above-captioned matter from February 22, 2005 to either April 5, 6 or 7, 2005.  As reasons therefor, counsel for the defendant states that he is presently on trial in United States v. Nicholas Scangas, Cr. No. 03-10305-MLW, which is currently scheduled to last through March, 2005 according to estimates of both the prosecutor and defense counsel.

Wherefore, the defendant hereby requests a continuance of the February 22, 2005 hearing date.

Respectfully submitted,
BY HIS ATTORNEY,

/s/ Martin G. Weinberg
Mass. Bar No. 51940
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227 3700

DATED: February 8, 2005