AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GEORGE SCHUSSELL

## EXHIBIT AND WITNESS LIST

Case Number: CR04-10060 RCL

| PRESIDING JUDGE ALEXANDER | PLAINTIFF'S ATTORNEY CARMEN ORTIZ | DEFENDANT'S ATTORNEY MARTIN WEINBERG, FRANK DIMENTO |
|---|---|---|
| TRIAL DATE (S) 5/11/05, 5/12/05, 5/13/05 | COURT REPORTER DIGITAL RECORDING | COURTROOM DEPUTY REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 5/11/05 | direct |  | ATTORNEY EDWARD DEFRANCESCHI |
|  | 1 | 5/11/05 | X | X | HANDWRITTEN NOTES |
|  | 2 | 5/11/05 | X | X | 1/8/98 LETTER TO GOMES FROM DEFRANCESCHI |
|  | 3 | 5/11/05 | X | X | 1/14/98 LETTER TO MCGOVERN FROM DEFRANCESCHI |
|  | 4 | 5/11/05 | X | X | 12/2/97 BILLING RECORDS OF DEFRANCESCHI |
|  | 5 | 5/11/05 | X | X | FAX NOTE FROM GEO |
|  | 6 | 5/11/05 | X | X | DCI FAX COVER PAGE |
|  | 7 | 5/11/05 | X | X | 4/22/98 LETTER FROM DEFRANCESCHI TO SCHUSSEL |
|  | 8 | 5/11/05 | X | X | 1995 TAX RETURNS |
|  | 9 | 5/11/05 | X | X | 4/25/98 FAX COVER PAGE FROM SCHUSSEL TO DEFRANCESCHI |
|  | 10 | 5/11/05 |  |  | 2/24/98 INFORMATION DOCUMENT REQUEST |
|  | 11 | 5/11/05 |  |  | 3/11/98 LETTER FROM DEFRANCESCHI TO MCGOVERN |
|  | 12 | 5/11/05 |  |  | 2/13/98 LETTER FROM DEFRANCESCHI TO MCGOVERN RE: CONTRACT |
|  | X | 5/11/05 | CROSS |  | ATTORNEY EDWARD DEFRANCESCHI |
| A |  | 5/11/05 | X | X | 2/13/98 LETTER FROM DEFRANCESCHI TO MCGOVERN RE: CONTRACT |
| B |  | 5/11/05 | X | X | DCI FAX COVER PAGE FROM SCHUSSEL TO DEFRANCESCHI |
| C |  | 5/11/05 | X | X | 2/24/98 INFORMATION DOCUMENT REQUEST |
| D |  | 5/11/05 | X | X | 3/11/98 LETTER FROM DEFRANCESCHI TO MCGOVERN |
| E |  | 5/11/05 | X | X | INTEREST AND PENALTY DETAIL REPORT 5-4-98 |
|  | X | 5/12/05 | direct |  | ATTORNEY KENNETH GLUSMAN |
|  | X | 5/12/05 | CROSS |  | ATTORNEY KENNETH GLUSMAN |
| F |  | 5/12/05 | X | X | 7/16/98 E-MAIL FROM KENNETH GLUSMAN TO SCHUSSEL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages