✎AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | GEORGE SCHUSSEL | CASE NO. CR04-10060 RCL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 5/12/05 | RE | DIRECT | ATTORNEY KENNETH GLUSMAN |
|  | X | 5/12/05 | DIRECT |  | DIANE REED |
|  | X | 5/12/05 | CROSS |  | DIANE REED |
| G |  | 5/12/05 | X | X | 9/15/97 LETTER FROM KELLY MCGOVERN TO SCHUSSEL RE: IRS |
| H |  | 5/12/05 | X | X | 2 DOCUMENTS: 9/12/98 DCI MEMO and 2/12/89 HANDWRITTEN NOTES |
|  | X | 5/12/05 | RE | DIRECT | DIANE REED |
|  | X | 5/12/05 | RE | CROSS | DIANE REED |
| I |  | 5/12/05 | X | X | 10/23/97 HANDWRITTEN NOTES |
|  | X | 5/12/05 | RE-RE | DIRECT | DIANE REED |
|  | X | 5/12/05 | DIRECT |  | RONALD JOSEPH GOMES |
|  | 10 | 5/12/05 | X | X | MULTIPLE DOCUMENTS: ATTACHMENT/LOG B TO MOTION TO SUPRESS |
|  | X | 5/13/05 | DIRECT |  | ATTORNEY WILLIAM TESSITORE |
|  | 11 | 5/13/05 | X | X | 7/30/04 EXCERPT OF DCI AMENDMENT |
|  | 12 | 5/13/05 | X | X | 7/26/04 SHARED INSIGHTS ACQUISITION OF DCI |
|  | X | 5/13/05 | DIRECT |  | RONALD JOSEPH GOMES |
|  | X | 5/13/05 | CROSS |  | RONALD JOSEPH GOMES |
|  | X | 5/13/05 | RE | DIRECT | RONALD JOSEPH GOMES |
|  | X | 5/13/05 | RE | CROSS | RONALD JOSEPH GOMES |

Page   2   of   2   Pages