UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10060-RCL |
| GEORGE SCHUSSEL,<br>Defendant | ) ) ) ) | |

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE
FINAL REQUESTS FOR FINDINGS OF FACT**

Now come the defendant George Schussel, through his attorney, Martin G. Weinberg, and the government, through Carmen M. Ortiz, AUSA, and jointly request that this Honorable Court extend the time to file their final requests for findings of fact from August 5, 2005, to August 12, 2005.

As reason therefor, the parties state:

1. The Court at the end of the evidentiary hearings in the above-captioned matter granted the defendant and the government 10 days from the receipt of the transcripts of the hearing to file their respective final requests for findings of fact.

2. The parties received the transcripts on Friday, July 22, 2005. The final requests are, accordingly, due to be filed on August 5, 2005.

3. Counsel for Schussel, Martin G. Weinberg is on a long-scheduled vacation which ends on August 4, 2005.

4. Counsel for the government, Carmen Ortiz, AUSA, is scheduled to be on vacation during the week of August 1-5, 2005.

**WHEREFORE** the parties jointly request that they be granted an extension of time until August 12, 2005, to file their requests for findings of fact.

                   Respectfully submitted,

*/s/ Carmen M. Ortiz*         */s/ Martin G. Weinberg*
Assistant United States Attorney    Mass. Bar. No. 519480
United States Attorney's Office     20 Park Plaza, Suite 905
Moakley Unites States Courthouse   Boston MA 02116
1 Courthouse Way          (617) 227-3700
Boston, Massachusetts 02210

                    */s/ Francis J. DiMento.*
                    DiMento & Sullivan
                    7 Faneuil Hall Marketplace
                    Boston MA 02116
                    (617) 523-2345

DATE: July 25, 2005