UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Cr. No. 04-10060-RCL |
| GEORGE SCHUSSEL,  Defendant | ) ) ) ) | |

**JOINT MOTION TO EXCLUDE TIME**

The parties jointly ask the Court to exclude the time from May 11, 2005 through August 12, 2005 under 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A), because the ends of justice served by allowing the parties time to receive and review transcripts of the May 11 -13, 2005 evidentiary hearings and to request findings of fact from the Court in that the hearings addressed complex issues relating to the attorney-client privilege outweighs the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney,

By: /s/ Carmen Ortiz
Assistant U.S. Attorney

/s/ Martin G. Weinberg, Esq.
Mass. Bar No. 51940
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227 3700

/s/ Francis J. DiMento, Esq.
DiMento & Sullivan
7 Faneuil Marketplace
Boston, MA 02109
617-523-2345

Counsel for Defendant

DATED: August 9, 2005