UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. No. 04-10060-RCL |
| GEORGE SCHUSSEL, | ) | |
| Defendant | ) | |
| | ) | |

**PROPOSED ORDER EXCLUDING TIME**

The Court orders that the period of time from May 11, 2005 through August 12, 2005 is excludable under 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A), because the ends of justice served by allowing the parties time to review the transcripts of the May 11 -13, 2005 evidentiary hearings that involve complex issues relating to the attorney-client privilege and to file requests for findings of fact based on the transcripts outweighs the defendant's and the public's interest in a speedy trial.

_____
Hon. Joyce London Alexander
United States Magistrate Judge

DATED: _____, 2005