UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                       )
         v.                   )      CRIMINAL NO. 04-10060-RCL
                       )
GEORGE SCHUSSEL,        )
        Defendant      )

**DEFENDANT GEORGE SCHUSSEL'S MOTION FOR LEAVE TO FILE REPLY TO
GOVERNMENT'S RESPONSE TO HIS OBJECTIONS TO MAGISTRATE'S
FINDINGS AND RECOMMENDATION**

Now comes the defendant George Schussel in the above-captioned case and respectfully

moves that this Honorable Court permit him to file a Reply to the Government's Response to

Defendant's Objections to Magistrate's Findings and Recommendation on Motion to Suppress

Government's Use and Acquisition of Privileged Materials and for Other Appropriate Relief, which

Reply is submitted contemporaneously with this motion.

As reason therefore, defendant states that his Motion to Suppress Government's Use and

Acquisition of Privileged Materials and for Other Appropriate Relief, which is addressed by the

Magistrate Judge's Findings and Recommendation and which has been the subject of lengthy

litigation, raises numerous critically important issues regarding the applicability of the attorney-client

privilege, the crime-fraud exception, and the joint defense/common interest privilege. These issues

are both factually and legally complex, and the government's Response to his objections contains

both factual statements and legal arguments to which defendant believes a reply to be necessary so

that the issues will be fully and fairly presented to the Court for its consideration.

Counsel has conferred with AUSA Carmen Ortiz, and she takes no position with respect to

this motion.

Respectfully submitted,

By his attorneys,

Francis J. DiMento

DiMento & Sullivan

7 Faneuil Hall Marketplace

Boston MA 02109

(617) 523-2345

Martin G. Weinberg

Mass. Bar No. 519480

20 Park Plaza, Suite 905

Boston MA 02116

(617) 227-3700

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this 21st day of September, 2005, I served one copy of the foregoing motion, by hand-delivery, on Carmen M. Ortiz, AUSA, United States Attorney's Office, Moakley United States Courthouse, 9th floor, 1 Courthouse Way, Boston, Massachusetts 02210.

Martin G. Weinberg