UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO.  04-10060-RCL |
| GEORGE SCHUSSEL, | ) | |
| Defendant | ) | |
| | ) | |

## JOINT MOTION TO EXCLUDE TIME

The parties jointly move this Court to enter an order specifically excluding the time from

September 14, 2004 through the date of the trial of this case, given that this case has been designated

a "complex case" pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv).  Furthermore, there are pre-trial

motions pending, specifically dealing with various evidentiary issues relating to the attorney client

privilege, opinion and work product privilege, joint privilege, corporate privilege, statute of

limitations, and other legal issues, which necessitate the exclusion of time, pursuant to 18 U.S.C.

§3161(h)(1)(F).  Furthermore, the ends of justice served by allowing time for the parties to prepare

the litigation of this complex and lengthy trial, outweigh the defendant's and the public's interest

in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | GEORGE SCHUSSEL |
| United States Attorney | Counsel for Defendant |
| | |
| By:    /s/ Carmen M. Ortiz | /s/ Martin G. Weinberg |
| Carmen M. Ortiz | Martin G. Weinberg, Esq. |
| Assistant U.S. Attorney | |
| | /s/ Frank J. DiMento, Sr. |
| Date:  November 16, 2005 | Frank J. DiMento, Sr., Esq. |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            v.                      )
                                    )    CRIMINAL NO.  04-10060-RCL
GEORGE SCHUSSEL,                    )
            Defendant               )
                                    )

ORDER EXCLUDING TIME

The Court orders that the period of time from September 14, 2004, through

_____, the date of the trial of this case, is excludable under 18 U.S.C.

§3161(h)(8)(B)(ii) and (iv); and 18 U.S.C. § 3161(h)(8)(A), because this is a "complex case" and

the ends of justice served by allowing time the parties to prepare the litigation of this complex and

lengthy trial, outweigh the defendant's and the public's interest in a speedy trial.


                                    _____
                                    Hon. Reginald C. Lindsay
                                    United States District Judge


Dated: _____