UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Cr. No. 04-10060-RCL |
| v. ) | |
| ) | |
| GEORGE SCHUSSEL, ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that the defendant, George Schussel, hereby appeals to the United States Court of Appeals for the First Circuit from Orders entered in this case on December 5, 2005, namely, (1) Order adopting Report and Recommendations of Magistrate Judge Alexander re: Motion to Suppress as to George Schussel and (2) Order granting in part and denying in part Motion of Defendant George Schussel to Suppress the Testimony of Attorneys Edward DeFranceschi and Kenneth Glusman.

By his attorney,

December 14, 2005

/s/   Francis J. DiMento
Francis J. DiMento
BBO #125000
DiMENTO & SULLIVAN
Seven Faneuil Marketplace
Boston, MA 02109
(617) 523-2345