```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )    CRIMINAL NO. 04-10060-RCL
     v.                      )
                             )
GEORGE SCHUSSEL,             )
     Defendant               )
```

**NOTICE OF APPEARANCE**

Assistant United States Attorney Jack W. Pirozzolo hereby enters an appearance as counsel for the United States of America in the above-captioned case.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney
                  By:
                         /s/ Jack W. Pirozzolo
                         CARMEN ORTIZ
                         JACK W. PIROZZOLO
                         Assistant U.S. Attorneys
                         U.S. Attorney's Office
                         U.S. Courthouse, Suite 9200
                         1 Courthouse Way
                         Boston, MA 02210
```

Date: May 23, 2006


**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on May 23, 2006, I served a copy of the foregoing motion via electronic filing on counsel for the defendant.

```
                         /s/ Jack W. Pirozzolo
                         JACK W. PIROZZOLO
                         Assistant U.S. Attorney
```