UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10060-RCL |
| | ) | |
| GEORGE SCHUSSEL | ) | |
| Defendant | ) | |

## GOVERNMENT'S WITNESS LIST

1. Deborah Bennett
   Internal Revenue Service - SBSE
   JFK Federal Building
   15 New Sudbury Street
   Boston, MA 02203

2. John Cardullo
   11 Whittier Road
   Merrimack, NH 03054

3. Paul Crowley
   Internal Revenue Service
   Andover Service Center - FDC
   310 Lowell Street
   STOP 810
   Andover, MA 01810

4. Edward DeFranceschi, Esq.
   Attorney At Law
   6 Beacon Street
   Boston, MA 02108

5. Darlene Flint
   5 Porter Road, Apt. 1
   Andover, MA 01810

6. Kenneth Glusman, Esq.
   Choate Hall & Stewart
   Exchange Place
   Boston, MA 02109

7. Ronald Gomes
   1 Rose Glen Drive
   Andover, MA 01810

8. Lawrence Griffin (IRS)
   27 Corinthian Drive
   Salem, NH 03079

9. Kelly (McGovern) Jordan
   Internal Revenue Service - LMSB
   1 Montvale Avenue
   Stoneham, MA 02180

10. David Klemm, Esq.
    6 Beacon Street
    Boston, MA 02108

11. Paul Law
    Office of Paul Law, CPA
    99 Walnut Avenue
    Saugus, MA 01906

12. Jane Lawler
    23 Hunters Run
    Salem, NH 03079

13. Eric Leuteritz
    3 Marblehead Road
    Windham, NH 03087

14. Leena Minkkinen
    24 Dale Street
    Andover, MA 01810

15. Margaret Mottolo
    1324 Salem Street
    North Andover, MA 01845

16. Diane Reed
    641 Main Street
    Boxford, MA 01921

17.  Laura Sannicandro
     10 Lantern Road
     Framingham, MA 01702

18.  Sotela Scanlon
     117 Redtail Court
     Weatherford, TX 76088

19.  Paul White
     Internal Revenue Service - SBSE
     JFK Federal Building
     15 New Sudbury Street
     Boston, MA 02203

The above list represents some or all of the witnesses that the government may call in its case-in-chief. The government reserves the right to supplement this witness list with additional witnesses as necessary.

                                                          Respectfully submitted,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

By:

                                                          /s/ Carmen M. Ortiz
                                                          Carmen M. Ortiz
                                                          Jack W. Pirozzolo
                                                          Assistant U.S. Attorneys

Date:  January 4, 2007

## CERTIFICATE OF SERVICE

I, Carmen M. Ortiz, hereby certify that on January 4, 2007 I served a copy of the foregoing by electronic filing on counsel for the defendant.

                                                          /s/ Carmen M. Ortiz
                                                          Carmen M. Ortiz
                                                          Assistant United States Attorney