UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | Cr. No. 04-10060-RCL |
| v. )<br>) | |
| GEORGE SCHUSSEL, )<br>    Defendant. ) | |

**DEFENDANT'S WITNESS LIST**

Other than the witnesses appearing on the government's witness list, several of whom may be called by the defendant, or recalled, as the case may be, the following witnesses may be called by the defendant:

1. George Schussel
   5 Kimberly Terrace
   Lynnfield, MA  01940

2. Sandra Schussel
   5 Kimberly Terrace
   Lynnfield, MA  01940

*3. Charles J. Reilly, Esquire
   1040 Turks Head Building
   Providence, RI  02903

*4. Arnold R. Rosenfeld, Esquire
   Kilpatrick Lockhart Nicholson Graham, LLP
   One Lincoln Street
   Boston, MA  02111

*5. James F. Dinell
   36 Eaton Road
   Needham, MA  02492

    6. James Martin
       Bermuda,
         and
       Eagletop,
       Waitsfield, VT

    7. Michael Harriman
       Internal Revenue Service

    8. David M. Klemm, Esquire
       6 Beacon Street
       Boston, MA  02108

*Expert witness

By his attorney,

January 4, 2007

/s/    Francis J. DiMento
Francis J. DiMento
BBO #125000
DiMENTO & SULLIVAN
Seven Faneuil Marketplace
Boston, MA 02109
(617) 523-2345

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and no paper copies will be sent.

/s/    Francis J. DiMento