UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CRIMINAL NO. 04-10060-RCL |
| v. | ) ) |  |
| GEORGE SCHUSSEL<br>    Defendant | ) ) |  |

## **EXHIBIT LIST**

Below are listed the exhibits that may be introduced by the parties in the above-captioned trial. The list is organized as follows:

- Exhibits listed at numbers 1-120 are exhibits the United States may introduce in its case in chief to which the Defendant has said he does not object. Within that list, Exhibits 65-85 are documents the Defendant has claimed are privileged but that the Court has previously said are admissible. The Defendant has agreed that the documents may be admitted subject to his objection to the Court's ruling.

- Exhibits 121- 127 are exhibits the Defendant may introduce to which the United States has said it will not object.

- Exhibits 200-204 are additional documents the Defendant claims are privileged that the Defendant may introduce at trial to which the United States does not intend to object. The United States, however, has reserved its right to argue that any use of those documents constitutes a waiver of any privilege entitling the United States to introduce other documents that the Defendant may claim remain subject to the privilege or for purposes of completeness.

- Exhibits 205-211 are additional documents the Defendant claims to be privileged that the Defendant may introduce at trial to which the United States objects. The United States also reserves its rights as to waiver and completeness as set forth above for exhibits 200-204.

- Exhibits 300-354 are documents the United States may introduce at trial to which the Defendant objects.

- Exhibits 355-369 are documents the Defendant may introduce at trial to which the United States objects.

**EXHIBITS 1-120**

| EX. # | DESCRIPTION |
|---|---|
| 1 | Letters re: deposits to Bank of Bermuda, dated from 2/28/93 - 1/18/96 |
| 2 | Various Bank of Bermuda deposit slips, dated from 3/3/93 - 12/22/95 |
| 3 | Original check register # 000001 - 000044 |
| 4 | Various original checks signed by G. Schussel or stamped "G. Schussel," dated from 1/4/93 to 12/20/96 (9 checks) |
| 5 | Various checks returned from Bank of Bermuda for non-payment |
| 6 | Letters re: wire transfers from Bank of Bermuda, dated from 4/14/93 - 6/3/96 |
| 7 | Letter dated 11/9/2995 re: wire transfer to the Bank of Bermuda |
| 8 | Confirmation dated 11/24/95 re: payment order to Bank of Bermuda |
| 9 | Memo dated 1/24/92 re: wire transfer to Royal Bank of Canada |
| 10 | Letter to Hemisphere Management from Clement E.F. Talbot, dated August 10, 1995 |
| 11 | Bank of Bermuda Account Statements dated 2/8/93 through 1/6/97 |
| 12 | Bank of Bermuda records obtained through Tax Treaty |
| 12A | April 30, 2003 Letter from Bank of Bermuda Certifying Bank Records |
| 12B | Cover sheet |
| 12C | Miscellaneous Instructions Form |
| 12D | Signature Card |
| 12E | Customer Record File w/Banking Resolutions of DCIL |
| 12F | February 28, 1993 Letter from D.Reed to Bank of Bermuda for Deposit of funds w/deposit slip |
| 12G | June 28, 1992 wire request from Schussel for $100,000 to Fidelity Account |
| 12H | September 2, 1993 wire request from Schussel for $337,000 to Fidelity Account |

| EX. # | DESCRIPTION |
|---|---|
| 12I | Transaction Record Printout for January 1993 through February 1997 |
| 12J | June 29, 1995 letter from D. Reed depositing $675,000 |
| 13 | Memo to Ron from George re: Salary and Bonus for 1993, 1994 dated January 3, 1993 (#RG 03320) |
| 14 | Memo to Ron from George re: Salary and Bonus for 1993, 1994 dated January 24, 1995 (#RG 03324) |
| 15 | Memo to Ron from George re: Salary and Bonus for 1993, 1994 dated June 25, 1995 (#RG 03326) |
| 16 | Memo to Ron from George re: Our compensation, salary and bonus plan for 1995, dated July 5, 1995 (#RG 02601) |
| 17 | DCI Cashflow spreadsheet (1991 - 1996) (#RG 00259) |
| 18 | DCI Cashflow spreadsheet (1985 - 1990) (#RG 00261) |
| 19 | DCI EBITDOT for 1995 (#RG 00262 - RG 00263) |
| 20 | DCI EBITDOT for 1996 (#RG 00260) |
| 21 | 1995 Bermuda Deposits spreadsheet (#RG 02914 - RG 02915) |
| 22 | 1995 Bermuda Deposits spreadsheet (#RG 02901 - RG 02903) |
| 23 | 1995 Profit Numbers spreadsheet (#RG 02912 - RG 02913) |
| 24 | 9/6 note to Ron re: bonus money (#RG 02910) |
| 25 | Profit 1992 spreadsheet (#RG 02907 - RG 02908) |
| 26 | Ron's 1993 Bonus (#RG 02583 - RG 02584) |
| 27 | Profit #'s for 1994 (#RG 02904) |

| EX. # | DESCRIPTION |
|---|---|
| 28 | Profit #'s for 1995 spreadsheet (#RG 03106 - RG 03107) |
| 29 | "Profits For 1995, What Now?" (#RG 00331) |
| 30 | Memo to George from Diane dated January 2, 1996 (w/attachment #RG 03074 - RG 03076) |
| 31 | IRS letter from K. McGovern to DCI/Mr. Schussel, dated September 15, 1997 (w/attachment re: information requested) |
| 32 | "Morning meeting" handwritten notes dated 11/20/97 (#RG 01494) |
| 33 | "Who knows about DCIL?" handwritten notes (#RG 03434) |
| 34 | DCI Revenue History/OT Owner Take Out (#RG 02637) |
| 35 | Northmark Bank "PC Card '95" user group check dated 6/29/95 |
| 36 | Email to D. Reed from G. Schussel dated May 12, 1998 (#RG 02189) |
| 37 | DCI 1988 U.S. Corporation Income Tax Return |
| 38 | DCI 1989 U.S. Corporation Income Tax Return |
| 39 | DCI 1990 U.S. Corporation Income Tax Return |
| 40 | DCI 1991 U.S. Corporation Income Tax Return |
| 41 | DCI 1992 U.S. Corporation Income Tax Return |
| 42 | DCI 1993 U.S. Corporation Income Tax Return |
| 43 | DCI 1994 U.S. Corporation Income Tax Return |
| 44 | DCI 1995 U.S. Corporation Income Tax Return |
| 45 | George and Sandra Schussel 1995 U.S. Individual Income Tax Return |
| 46 | Northmark Bank "sales refund checks" (D-16 through D-29) |
| 47 | Northmark Bank Statements provided to K. McGovern (D-144 through D-223) |

| EX. # | DESCRIPTION |
|---|---|
| 48 | IDR #2 dated 11/6/97 |
| 49 | Numerous user group checks provided to K. McGovern w/accompanying bank statements (D-224 through D-341) |
| 50 | Letter from E. DeFranceschi to K. McGovern re: power of attorney, dated November 10, 1996 (w/attachment) |
| 51 | IDR #3 dated 12/24/97 |
| 52 | Letter from E. DeFranceschi re: DCI/DCIL contract, dated February 13, 1998 (w/attachment) |
| 53 | Letter from E. DeFranceschi to K. McGovern re: correction of dates, dated February 23, 1998 |
| 54 | IDR #4 dated February 24, 1998 |
| 55 | Letter from E. DeFranceschi to K. McGovern dated March 11, 1998 |
| 56 | Letter from K. McGovern to E. DeFranceschi re: adjustments, dated April 27, 1998 |
| 57 | Income Tax Examination Changes (Form CG-4549) re: $22,926.29 adjustment, dated 4/27/98 |
| 58 | Payment Posting Voucher w/copy of $22,926.29 check |
| 59 | Income Tax Examination Changes (Form CG-4549) re: $188,609.13 adjustment, dated 4/27/98 |
| 60 | Payment Posting Voucher w/copy of $188,609.13 check |
| 61 | Examination Changes (Form 4605-CG and Form 886-Z(C)-CG) |
| 62 | Digital Consulting, Inc. "Income Statements" from January 1, 1995 through December 31, 1995 |
| 63 | DCI 1995 Income Summary (D-62 through D-106) |
| 64 | DCI "Expense Combination" 1995 (B-11 through B-13) |
| 65 | Fax to E. DeFranceschi from G. Schussel dated 2/16/98 |

| EX. # | DESCRIPTION |
|---|---|
| 66 | Fax to E. DeFranceschi from G. Schussel dated 3/4/98 (w/attachment) |
| 67 | Fax to E. DeFranceschi from G. Schussel dated 3/6/98 |
| 68 | Fax to Geo Schussel from E. DeFranceschi dated 3/12/98 (w/attachment) |
| 69 | Copy of one share of DCIL stock dated February 29, 1988. |
| 70 | Letter to Mr. DeFranceschi from Richards, Francis & Francis, dated March 12, 1998 |
| 71 | Fax to E. DeFranceschi from G. Schussel dated 3/12/98 (w/o attachment) |
| 72 | Fax to Ed from Geo dated 4/22/98 (w/attachment) |
| 73 | Fax to E. DeFranceschi from G. Schussel dated 4/24/98 |
| 74 | Fax to E. DeFranceschi from G. Schussel dated 4/25/98 (w/attachment) |
| 75 | George and Sandra Schussel draft 1992 Form 1040X |
| 76 | George and Sandra Schussel draft 1993 Form 1040X |
| 77 | George and Sandra Schussel draft 1994 Form 1040X |
| 78 | George and Sandra Schussel draft 1995 Form 1040X |
| 79 | Statement re: George Schussel (taxpayer) as participant in DCIL trust |
| 80 | Gomes Interest and Penalty Detail Report |
| 81 | Ronald and Mary Lou Gomes' draft 1992 Form 1040X |
| 82 | Ronald and Mary Lou Gomes' draft 1993 Form 1040X |
| 83 | Ronald and Mary Lou Gomes' draft 1994 Form 1040X |
| 84 | Ronald and Mary Lou Gomes' draft 1995 Form 1040X |
| 85 | Statement re: Ronald Gomes (taxpayer) as participant in DCIL trust |
| 86 | Northmark Savings Bank Documents |
| 87 | Fidelity Investments Documents |
| 88 | Plea agreement of D. Reed, dated October 28, 2003 |
| 89 | Plea agreement of R. Gomes, dated July 28, 2003 |

| EX. # | DESCRIPTION |
|---|---|
| 90 | Memo to Ron from G. Schussel re: Bonus, dated 8/29/91 (# RG 03327) |
| 91 | Memo to Ron from George re: Salary and Bonus for 1993, 1994, dated January 10, 1995 (#RG 03321) |
| 92 | Memo to DCI employees, associates and friends from George, dated September 21, 1992 (#RG 02739) |
| 93 | November 1992/November Reconciliation (#RG 02299-RG 02300) |
| 94 | 1992 Ron bonus (#RG 02905) |
| 95 | Ron's Bonus dated 10/5/92 (#RG 02613) |
| 96 | Profit # 5 dated 7/5/95 (#RG 03109) |
| 97 | Handwritten notes dated 5/4/98 (#RG 02968) |
| 98 | Griffin Examination Workpapers (4 pages) |
| 99 | Griffin Officer's Activity Record (10 pages) |
| 100 | Griffin Interview Notes (B-1, B-2 and B-4) |
| 101 | Griffin Notes Controlled Corporations (C-1) |
| 102 | Griffin Notes Gross Receipts (D-1) |
| 103 | Griffin Notes Administrative Costs (H-1 to H-7) |
| 104 | DCI Memo dated 9/12/89 (H-8) |
| 105 | DCI Note From Gomes to Schussel dated 2/12/89 (H-9) |
| 106 | Memo from G. Schussel to L. Griffin dated 12/19/91 (w/attachments) |
| 107 | Note from G. Schussel to Griffin (undated) |
| 108 | IDR #1 dated 11/15/91 |
| 109 | Key and Related Field and office Examination Returns |
| 110 | Griffin Notes dated 12/17/91 |
| 111 | Griffin Notes dated 12/12/91 |

| EX. # | DESCRIPTION |
|---|---|
| 112 | Income Tax Examination Changes for DCI executed by Schussel 6/5/92 |
| 113 | Payment Voucher DCI 1988 Period |
| 114 | Payment Voucher DCI 1987 Period |
| 115 | D. Bennett Case History Worksheet (2 pages) |
| 116 | D. Bennett Examination Workpapers |
| 117 | D. Bennett Record of Completed Appointments |
| 118 | D. Bennett Interview Notes (B - B5) |
| 119 | CTR for 4/28/93 transaction of $11,612 |
| 120 | D. Bennett Notes Income Probe (D1 - D6) |

**EXHIBITS 121-127**

| EX. # | DESCRIPTION |
|---|---|
| 121 | IDR #1 Revenue Agent Kelly McGovern Sept. 1997 Notice to DCI |
| 122 | Reed note dated 11/20/97 |
| 123 | Memo re: Gomes becoming President dated September 1992 (RG3648) |
| 124 | Powers of Attorney for DeFrancheschi and Glusman for 1995 and 1996 tax return |
| 125 | DeFrancheschi Engagement Letter sent to Schussel November 1997 |
| 126 | DeFrancheschi Boston University Web Site Screen Shot |
| 127 | Wire Transfer to Mrs. Gomes Jan. 24, 1992 |

**EXHIBITS 200-204**

| EX. # | DESCRIPTION |
|---|---|
| 200 | March 2, 1998 letter from DeFrancheschi to Schussel |
| 201 | DeFrancheschi billing records DCI No. 1997 to July 1998 |
| 202 | April 22 1999 Fax from DeFrancheschi |
| 203 | Fax to DeFrancheschi dated April 25, 1998 w/note on page |
| 204 | Fax to DeFrancheschi from Reed |

**EXHIBITS 205-211**

| EX. # | DESCRIPTION |
|---|---|
| 205 | Handwritten Notes of DeFrancheschi |
| 206 | Brown Rudnick Billing Records to DCI Oct. 1997 to May 1998 |
| 207 | Fax to DeFrancheschi from Schussel dated 12/7/97 |
| 208 | 1995 letter of Attorney Silverman to Schussel |
| 209 | Fax to DeFrancheschi from Schussel |
| 210 | 1 page handwritten notes of DeFrancheschi |
| 211 | Note to DeFrancheschi from Reed dated 1/21/98 |

**EXHIBITS 300-354**

| EX. # | DESCRIPTION |
|---|---|
| 300 | Memo dated 2/23/89 re: wire transfer to Royal Bank of Canada |
| 301 | BERMUDA table with scenarios (#RG 00332 - RG 00333) |
| 302 | Proposed Cash Flows chart (#RG 00334) |
| 303 | Money Flow dated 9/7/95 (#RG 00335) |
| 304 | Flow chart re: handling of DCI checks and user group checks (#RG 00320) |
| 305 | "Pearl" handwritten notes dated 10/20/95 (#RG 00089) |
| 306 | "ICM System" handwritten notes dated 6/13/97 (#RG 01442) |
| 307 | "SBT Vendor System" handwritten notes dated 6/13/97 (#RG 01443) |
| 308 | "To Lose By Show" handwritten notes dated 6/23/97 (#RG 00357 - RG 00358) |
| 309 | "Acctg" handwritten notes dated 7/14/97 (#RG 01463) |
| 310 | Memo to "All Staff" dated July 29, 1997 |
| 311 | Email from Mike Griffin to G. Schussel & R. Gomes re: Project Phoenix, dated August 9, 1997 (w/attached memo #RG 00090 - RG 00092) |
| 312 | Memo from Mike Griffin to George & Ron re: Phoenix Update, dated October 16, 1997 (#RG 00353 - RG 00354) |
| 313 | DCI 1986 U.S. Corporation Income Tax Return |
| 314 | DCI 1987 U.S. Corporation Income Tax Return |
| 315 | Corporation Application for Tentative Refund dated 2/26/90 |
| 316 | Corporation Application for Tentative Refund dated 2/11/91 |
| 317 | Corporation Application for Tentative Refund dated 2/11/91 (w/handwritten notation) |
| 318 | Income Tax Examination Changes (Form 4549) dated 6/5/92 |
| 319 | George and Sandra Schussel 1994 U.S. Individual Income Tax Return |

| EX. # | DESCRIPTION |
|---|---|
| 320 | Examining Officer's Activity Record, dated 9/15/97 through 5/7/98 (7 pages) |
| 321 | Interview Audit Aid (B-1 through B-9) |
| 322 | Digital Consulting, Inc. Gross Receipts (D-1 through D-15) |
| 323 | K. McGovern's notes re: Gross Receipts dated 2/12/98 (D-130 through D-131) |
| 324 | K. McGovern's notes re: Gross Receipts dated 4/20/98 (D-342 through D-344) |
| 325 | IRS Summary Spreadsheets prepared by P. White |
| 325A | Computation of Total Tax Loss 1988-1995 |
| 325B | Computation of Total Tax Loss 1985-1995 |
| 325C | Schussel: Computation of Tax Due and Owing 1995 |
| 325D | DCI: Computation of Tax Due and Owing 1995 |
| 325E | Cash Flow Spreadsheet and Computation of Unreported Income 1985-1995 |
| 325F | Cash Flow Spreadsheet and Computation of Unreported Income 1988-1995 |
| 325G | Deposits/Monthly Draw 1993 |
| 325H | Deposits/Monthly Draw 1994 |
| 325I | Deposits/Monthly Draw 1995 |
| 325J | Deposits to Bank of Bermuda 1995 |
| 325K | Deposits to Bermuda/Wires Out/Deposits to Fidelity 1993 |
| 325L | Deposits to Bermuda/Wires Out/Deposits to Fidelity 1994 |
| 325M | Deposits to Bermuda/Wires Out/Deposits to Fidelity 1995 |
| 325N | Additional Income Reported on Draft Forms 1040X |
| 325O | Comparison of Deposits and Wires Out and Cash Flow Sheets for 1993 through 1995 |

| EX. # | DESCRIPTION |
|---|---|
| 325P | DCI Income Statement/Non-Income Items Summary |
| 325Q | DCI Income Statement Summary |
| 326 | Collected K. McGovern W/P's |
| 327 | Jellicle U.S. Corporation Income Tax Returns |
| 328 | Letter from E. DeFranceschi to D. Reed re: IRS Tax Examination Reports, dated April 29, 1998 (w/attachments) |
| 329 | Letter from Geo to Ed (#RG 02186 - RG 02187) |
| 330 | Email from G. Schussel to R. Gomes dated July 16, 1998 |
| 331 | Handwritten notes dated 5/4/98 (#RG 02967) |
| 332 | Handwritten notes "K-1" dated 5/6/96 (#RG 03025 - RG 03026) |
| 333 | Memo from K. Glusman to G. Schussel, R. Gomes, dated July 20, 1998 (#RG 03027 - RG 03031) |
| 334 | Handwritten notes re: summary or advice (#RG 02250) |
| 335 | ML's list (#RG 03390) |
| 336 | Ron's list (#RG 03393) |
| 337 | Profit and Loss – Jellicle 2001 |
| 338 | Profit and Loss – Jellicle 2002 |
| 339 | Profit and Loss – Jellicle 2003 |
| 340 | Balance Sheet – Jellicle 2003 |
| 341 | Jellicle 1999 1120S |
| 342 | Jellicle 2000 1120S |
| 343 | Jellicle 2001 1120S (Paul Law copy) |
| 344 | Jellicle 2002 1120S (Paul Law copy) |
| 345 | Jellicle 2003 1120S (Paul Law copy) |
| 346 | Demonstrative chart of money trail from DCI to Bank of Bermuda, then back to Fidelity Investments |

| EX. # | DESCRIPTION |
|---|---|
| 347 | Demonstrative chart of 1993 deposits to Bank of Bermuda, and wire transfers to Fidelity Investments |
| 348 | Demonstrative chart of 1994 deposits to Bank of Bermuda, and wire transfers to Fidelity Investments |
| 349 | Demonstrative chart of 1995 deposits to Bank of Bermuda, and wire transfers to Fidelity Investments |
| 350 | Demonstrative chart highlighting select 1993 deposits to Bank of Bermuda, and wire transfers to Fidelity Investments |
| 351 | Demonstrative chart highlighting select 1994 deposits to Bank of Bermuda, and wire transfers to Fidelity Investments |
| 352 | Demonstrative chart highlighting select 1995 deposits to Bank of Bermuda, and wire transfers to Fidelity Investments |
| 353 | DCI Grand Jury Subpoena |
| 354 | March 10, 1998 Fax from Schussel to DeFranceschi |

**EXHIBITS 355-369**

| EX. # | DESCRIPTION |
|---|---|
| 355 | C&L DGI Combined Financial Statements for Year Ended 12/31/96 |
| 356 | Letter of Intent from First Communication Acquisition Corp. to DCI |
| 356A | May 14-15, 1997 Letter of Intent Regarding Recapitalization Offer from First Communications Acquisition Corp. to DCI |
| 357 | "DCI/IEM" note of Diane Reed (RG 0339) |
| 358 | "International-DCIL" Note of Gomes |
| 359 | May 4, 1998 Note of Schussel regarding Documents (RG 2967) |
| 360 | Offer of Purchase from IMARK to DCI 11-15-96 |
| 361 | Schussel's 1996 Federal Income Tax Return |
| 362 | Fidelity 1099 for DCIL and Schussel 1996 work product sent to CPA Paul Law |
| 363 | Fidelity 1099 for DCIL and Schussel and 1995 Work product sent to CPA Paul Law |
| 364 | Copies of Shares of DCIL stock |
| 365 | Gomes "Documentation and Question" sent to DeFrancheschi in February 1999 (RG 1410-1422) |
| 366 | Gomes Inventory of Documents dated March 3, 1994 (RG 3470-72) |
| 367 | 1995 Tax File provided to DeFrancheschi by CPA Paul Law |
| 368 | Fax cover page of DeFrancheschi to Glusman fax of November 17, 1997 (w/attachment) |
| 369 | Proposal -- Conundrum -- Gomes (RG 2140) |

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                  United States Attorney

By:    **/s/ Jack W. Pirozzolo**
        Carmen M. Ortiz
        Jack W. Pirozzolo
        Assistant U.S. Attorneys

Date:   January 5, 2007

### CERTIFICATE OF SERVICE

    I, Jack W. Pirozzolo, hereby certify that on January 5, 2007 I served a copy of the foregoing by electronic filing on counsel for the defendant.

                                    **/s/ Jack W. Pirozzolo**
                                    Jack W. Pirozzolo