UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10060-RCL |
| ) |  |
| v. ) |  |
| ) |  |
| GEORGE SCHUSSEL ) |  |
|     Defendant ) |  |

## SUPPLEMENTAL EXHIBIT LIST

Below is a supplemental list of documents the Defendant claims to be privileged that United States may seek to introduce at trial if the Defendant waives the privilege or under a theory of completeness, or if the Court otherwise permits their admission.  The United States reserves the right to supplement this list with additional documents from Defendant's and others' privilege logs, which list certain documents not within the possession of the United States.

| EX. # | DESCRIPTION |
|---|---|
| 212 | Handwritten Notes (Ex. 1 from Suppression Hearing) |
| 213 | January 8, 1998 Letter from DeFrancheschi to Ron Gomes (Ex. 2 from Suppression Hearing) |
| 214 | Handwritten Note from Schussel to DeFrancheschi Re: Venture Capitalists (Tab 7 of Schussel's DeFrancheschi privilege log) |
| 215 | June 13, 1995 Memorandum from Zampino to Schussel (Tab 1 of Defendant's Privilege Log re: Gomes) |
| 216 | June 19, 1995 Memorandum from Stacey to Ron, Diane and George (Tab 2 of Defendant's Privilege Log re: Gomes) |
| 217 | June 19, 1995 fax from Schussel to Stacey (Tab 3 of Defendant's Privilege Log re: Gomes) |
| 218 | August 28, 1995 memorandum from Zampino to Schussel (RG 3197-3198) (Tab 5 of Defendant's Privilege Log re: Gomes) |

| EX. # | DESCRIPTION |
|---|---|
| 219 | Schussel Handwritten Notes w/attached handwritten notes (Tab 6 of Defendant's Privilege Log re: Gomes) |
| 220 | Gomes Handwritten Notes (Tab 11 of Defendant's Privilege Log re: Gomes) |
| 221 | "Dear Ed" Letter (Tab 12 of Defendant's Privilege Log re: Gomes) |
| 222 | Glusman/Gomes/Schussel e-mail July 1998 (Tab 1 Defendant's Privilege Log re: Flint) (EE0256-EE0257) |

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:  **/s/ Jack W. Pirozzolo**
Carmen M. Ortiz
Jack W. Pirozzolo
Assistant U.S. Attorneys

Date:   January 5, 2007

**CERTIFICATE OF SERVICE**

I, Jack W. Pirozzolo, hereby certify that on January 5, 2007 I served a copy of the foregoing by electronic filing on counsel for the defendant.

**/s/ Jack W. Pirozzolo**
Jack W. Pirozzolo