UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>) | Cr. No. 04-10060-RCL |
| v. )<br>) | |
| GEORGE SCHUSSEL, )<br>    Defendant. ) | |

**DEFENDANT'S MOTION TO INSPECT AND COPY PROBATION OFFICE RECORDS**

The defendant moves that this Court grant his undersigned counsel permission to inspect records of Diane Reed and Ronald Gomes, both of whom are cooperating government witnesses and both of whom are awaiting sentencing after the trial of this case.

By his attorneys,

/s/  Martin G. Weinberg                     /s/    Francis J. DiMento
Martin G. Weinberg                          Francis J. DiMento
BBO #519480                                 BBO #125000
20 Park Plaza, Suite 905                    DiMENTO & SULLIVAN
Boston, MA  02116                           Seven Faneuil Marketplace
(617) 227-3700                              Boston, MA 02109
                                            (617) 523-2345

Dated:  January 9, 2007


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and no paper copies will be sent.

/s/    Francis J. DiMento