UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)     Cr. No. 04-10060-RCL<br>v.     )<br>)<br>GEORGE SCHUSSEL,     )<br>   Defendant.     ) | |

**DEFENDANT'S  MEMORANDUM IN SUPPORT OF MOTION TO INSPECT AND
<u>COPY PROBATION OFFICE RECORDS</u>**

In response to the Court's direction to specify the materials that defendant seeks to discover, defendant submits the following specifications:

> All statements by the witness or his/her agents that relate to (1) the substance of his/her direct testimony, (2) the issues raised in the instant case, (3) the witnesses' financial condition, (4) promises made to, or benefits expected by, the witnesses, and (5) <u>Brady</u> material.

It is defendant's purpose to discover all materials that may be used to impeach the witnesses in cross-examination or may lead to discovery of evidence useful to the defendant in the preparation of his defense.

By his attorneys,

/s/  Martin G. Weinberg
Martin G. Weinberg
BBO #519480
20 Park Plaza, Suite 905
Boston, MA  02116
(617) 227-3700

/s/    Francis J. DiMento
Francis J. DiMento
BBO #125000
DiMENTO & SULLIVAN
Seven Faneuil Marketplace
Boston, MA 02109
(617) 523-2345

Dated:  January 10, 2007

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and no paper copies will be sent.

    /s/    Francis J. DiMento