UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10060-RCL |
| | ) | |
| GEORGE SCHUSSEL | ) | |
|     Defendant | ) | |

Verdict Form

1. As to the charge that the defendant, George Schussel, knowingly and willfully conspired with others, from in or about January, 1988, through in or about May 8, 1998, to defraud the United States by impeding, impairing, obstructing and defeating the lawful government function of the Treasury Department and the Internal Revenue Service, an agency of the United States, in the ascertainment, computation, assessment and collection of revenue: to wit, federal income taxes, we, the jury, find the defendant

    NOT GUILTY _____    GUILTY __✓__

2. As to the charge that the defendant, George Schussel, willfully attempted to evade and defeat part of an income tax due and owing by Digital Consulting Inc. for the calendar year 1995 both by filing or causing to be filed on or about March 15, 1996, a false and fraudulent corporate tax return, IRS form 1120, for DCI for the calendar year 1995 and by making or causing to be made, on or about March 11, 1998, false statements to an agent of the Internal Revenue Service in order to mislead and impede an audit examination of DCI's 1995 corporate tax return, we, the jury, find the defendant

    NOT GUILTY _____    GUILTY __✓__

*THIS FORM CONTINUES ON THE NEXT PAGE.*

3.  As to the charge that the defendant, George Schussel, willfully attempted to evade and defeat part of an income tax due and owing by him for the calendar year 1995 both by filing or causing to be filed on or about March 15, 1996, a false and fraudulent individual tax return, IRS form 1040, for the calendar year 1995 and by making or causing to be made, on or about March 11, 1998, false statements to an agent of the Internal Revenue Service in order to mislead and impede an audit examination of DCI's 1995 corporate tax return, we, the jury, find the defendant

   NOT GUILTY _____   GUILTY ✓_____

   I certify that the foregoing is the answer of all the jurors and that the jurors all agreed to the answer.

   _____Leslie Watts_____
   Foreperson of the Jury

Dated: 1/25/07   12:45