UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                      ) | Cr. No. 04-10060-RCL |
| ) | |
| GEORGE SCHUSSEL,        ) | |
|            Defendant.   ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR DEPOSIT OF CASH SECURITY IN AN INTEREST BEARING ACCOUNT

Defendant moves that cash in the amount of one million dollars ($1,000,000), delivered on January 30, 2007, securing his Appearance Bond, be deposited in an interest bearing account on such terms and conditions as the Court may order.

AUSA Carmen M. Ortiz has informed undersigned counsel that the government has no objection to the allowance of this motion.

By his attorneys,

/s/ Francis J. DiMento
Francis J. DiMento
BBO No. 125000
DiMENTO & SULLIVAN
7 Faneuil Marketplace, 3rd Floor
Boston, MA 02109
Tel. (617) 523-2345

/s/ Martin G. Weinberg
Martin G. Weinberg
BBO No. 51940
Oteri, Weinberg & Lawson, P.A.
20 Park Plaza, Suite 905
Boston, MA 02116
Tel. (617) 227-3700

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 5, 2007.

/s/ Francis J. DiMento