UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10060-RCL |
| | ) | |
| GEORGE SCHUSSEL, | ) | |
| Defendant | ) | |

**DEFENDANT GEORGE SCHUSSEL'S NOTICE OF APPEAL**

Now comes the defendant George Schussel and notices his appeal to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in the above-captioned case.

Respectfully submitted,
By his attorneys,

**/s/ Francis J. DiMento**
Francis J. DiMento.
DiMento & Sullivan
7 Faneuil Hall Marketplace
Boston, Massachusetts 02109
(617) 523-2345

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar. No. 519480
20 Park Plaza, Suite 905
Boston, Massachusetts 02116
(617) 227-3700

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 16, 2007.

**/s/ Martin G. Weinberg**
Martin G. Weinberg