APPE .L

# United States District Court
# District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10060-RCL All Defendants
## Internal Use Only

Case title: USA v. Schussel

Date Filed: 02/26/2004

Assigned to: Judge Reginald C. Lindsay

Appeals court case number: '05-2896'
'First Circuit'

## Defendant

**George Schussel** (1)

represented by **Francis J. DiMento**
DiMento & Sullivan
Seven Faneuil Hall Marketplace
Boston, MA 02109
617-523-2345
Fax: 617-523-2346
Email: fjd@dimentosullivan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Martin G. Weinberg**
Oteri, Weinberg & Lawson
20 Park Plaza
Boston, MA 02116
617-227-3700
Fax: 617-338-9538
Email: owlmcb@worldnet.att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jason A. Kosow**
DiMento & Sullivan
7 Faneuil Marketplace
3rd Floor
Boston, MA 02109-1649
617-523-2345
Fax: 617-523-2346
Email: jak@dimentosullivan.com

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

### Disposition

18:371 CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

26:7201ATTEMPT TO EVADE OR
DEFEAT TAX
(2)

26:7201 ATTEMPT TO EVADE OR
DEFEAT TAX
(3)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

### Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints

### Disposition

None

## Plaintiff

**USA**                                represented by **Carmen M. Ortiz**

United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3159
Fax: 617-748-3694
Email: carmen.ortiz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack W. Pirozzolo**

United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3189
Fax: 617-748-3960
Email: jack.pirozzolo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2004 | 1 | INDICTMENT as to George Schussel (1) count(s) 1, 2, 3. (Gawlik, Cathy) (Entered: 02/27/2004) |
| 02/27/2004 | ❑ | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: pretrial proceedings as to George Schussel (Gawlik, Cathy) (Entered: 03/02/2004) |
| 03/04/2004 | 2 | Summons Issued as to George Schussel Arraignment set for 3/8/2004 01:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Initial Appearance set for 3/8/2004 01:00 PM in Courtroom 2 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered 03/04/2004) |
| 03/08/2004 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Attorneys Weinberg and Dimento file appearances in Open Court. Initial Appearance as to George Schussel held on 3/8/2004. The Court informs the defendant of his rights and the charges. The governmen and defense move for conditions of release. The Court ALLOWS the motion. Bond Hearing as to George Schussel held on 3/8/2004. The Cour ORDERS the defendant released upon a 10 million dollar unsecured bond with conditions (see bail papers). Arraignment as to George Schussel (1) Count 1,2.3 held on 3/8/2004. The Court informs the defendant of his rights and the charges. The government states the maximum penalty. The defendant pleads not guilty. The Court provides the defendant with an automatic disclosure notice to be filed with the Court. Initial Status Conference set for 4/15/2004 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 03/31/2004) |
| 03/08/2004 | 3 | NOTICE OF ATTORNEY APPEARANCE: Frank DiMento Sr. appearing for George Schussel (Brown, Rex) (Entered: 03/31/2004) |
| 03/08/2004 | 4 | NOTICE OF ATTORNEY APPEARANCE: Martin G. Weinberg appearing for George Schussel (Brown, Rex) (Entered: 03/31/2004) |
| 03/08/2004 | 5 | Unsecured Bond Entered as to George Schussel in amount of $ 10,000.000.00 (Brown, Rex) (Entered: 03/31/2004) |

| 03/08/2004 | 6 | Judge Joyce London Alexander : ORDER entered ORDER Setting Conditions of Release as to George Schussel (1) $10,000,000.00 Unsecured Bond (Brown, Rex) (Entered: 03/31/2004) |
|---|---|---|
| 04/15/2004 | ⦿ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Status Conference as to George Schussel held on 4/15/2004. The parties file a joint motion for excludable delay in open court. The Court ALLOWS the motion. Interim Status Conference set for 5/28/2004 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #N/A.) (Brown, Rex) (Entered: 04/30/2004) |
| 04/15/2004 | 7 | JOINT MOTION for Excludable Delay from 3/8/04 to 4/15/04 and 4/15/04 to 5/28/04 as to George Schussel by USA, George Schussel. (Brown, Rex) Additional attachment(s) added on 4/30/2004 (Brown, Rex). (Entered: 04/30/2004) |
| 04/15/2004 | 8 | Judge Joyce London Alexander : ORDER entered ORDER ON EXCLUDABLE DELAY as to George Schussel Time excluded from 3/8/04 until 4/15/04. Time excluded from 4/15/04 until 5/28/04. (Brown, Rex) (Entered: 04/30/2004) |
| 04/15/2004 | ⦿ | Judge Joyce London Alexander : Electronic ORDER entered granting 7 Motion to Exclude as to George Schussel (1) (Brown, Rex) (Entered: 04/30/2004) |
| 04/30/2004 | 9 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Initial Status Conference as to George Schussel. Interim Status Conference set for 5/28/2004 02:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 04/30/2004) |
| 05/28/2004 | ⦿ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Interim Status Conference as to George Schussel held on 5/28/2004. The parties file a joint motion to exclude the time in open Court. The Court ALLOWS the motion. Interim Status Conference set for 7/20/2004 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 06/02/2004) |
| 05/28/2004 | 10 | JOINT MOTION for Excludable Delay from 5/28/04 to 7/20/04 as to George Schussel by USA, George Schussel. (Brown, Rex) (Entered: 06/02/2004) |
| 05/28/2004 | ⦿ | Judge Joyce London Alexander : Electronic ORDER entered granting 10 Motion to Exclude as to George Schussel (1) (Brown, Rex) (Entered: 06/02/2004) |
| 05/28/2004 | 11 | Judge Joyce London Alexander : ORDER entered ORDER ON EXCLUDABLE DELAY as to George Schussel Time excluded from 5/28/04 until 7/20/04. (Brown, Rex) (Entered: 06/02/2004) |

| 07/20/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Joyce Londo Alexander :Second Interim Status Conference as to George Schussel hel on 7/20/2004. Order to issue. The parties file a joint motion for excludak time in open court. The Court ALLOWS the motion. Final Status Conference set for 8/19/2004 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #N/A.) (Brown, Rex) (Entered: 08/29/2004) |
|---|---|---|
| 07/20/2004 | ◯14 | JOINT MOTION for Excludable Delay from July 20, 2004 to August 19 2004 as to George Schussel by USA. George Schussel. (Brown, Rex) (Entered: 09/14/2004) |
| 08/17/2004 | ◯12 | MOTION to Modify Conditions of Release as to George Schussel. (Weinberg, Martin) (Entered: 08/17/2004) |
| 08/19/2004 | ◯ | Judge Joyce London Alexander : Electronic ORDER entered withdrawin 12 Motion to Modify Conditions of Release as to George Schussel (1) (Brown, Rex) (Entered: 08/19/2004) |
| 08/19/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Joyce Londor Alexander :Final Status Conference as to George Schussel held on 8/19/2004. Order to issue. Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge. (Tape #N/A.) (Brown, Rex) (Entered: 08/29/2004) |
| 08/19/2004 | ◯15 | Judge Joyce London Alexander : ORDER entered granting 14 Motion to Exclude as to George Schussel (1) (Brown, Rex) (Entered: 09/14/2004) |
| 09/02/2004 | ◯13 | Joint MOTION for Nunc Pro Tunc Designation as Complex Case as to George Schussel by USA, George Schussel. (Stanhope, Don) (Entered: 09/08/2004) |
| 09/14/2004 | ◯ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 13 Motion for Nunc Pro Tunc Designation as Complex Case as to George Schussel (1) (Hourihan, Lisa) (Entered: 09/14/2004) |
| 09/14/2004 | ◯16 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Final Status Conference as to George Schussel Discovery due by 9/10/2004. The defendant will file dispositive motions on or before 10/15/04 and the government will respond on or before 11/15/04. Further Final Status Conference set for 9/14/2004 03:45 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Enterec 09/14/2004) |
| 09/14/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Further Final Status Conference as to George Schussel held on 9/14/2004. Order to issue. Whereas all pretrial matters referred to the Magistrate Judge to the District Judge have been resolved, the case is hereby returned to the District Judge. (Tape #Digital Recording.) (Brown, Rex) (Entered: 09/14/2004) |

| 09/14/2004 | ⊘17 | JOINT STATUS REPORT by USA, George Schussel as to George Schussel (Brown, Rex) (Entered: 09/28/2004) |
| 09/14/2004 | ⊘18 | Judge Joyce London Alexander : ORDER entered 9/14/04ORDER ON EXCLUDABLE DELAY as to George Schussel Time excluded from 8/19/04 until 9/14/04. (Brown, Rex) (Entered: 09/28/2004) |
| 09/28/2004 | ⊘19 | Judge Joyce London Alexander : ORDER entered REPORT AND ORDER on Further Final Status Conference as to George Schussel. Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the district Judge. (Brown, Rex) (Entered: 09/28/2004) |
| 09/28/2004 | ⊘ | Case as to George Schussel no longer referred to Joyce London Alexander. (Brown, Rex) (Entered: 09/28/2004) |
| 10/15/2004 | ⊘20 | MOTION to Suppress Government's Use and Acquisition of Privileged Materials and for Other Appropriate Relief. as to George Schussel . (Stanhope, Don) (Entered: 10/20/2004) |
| 10/15/2004 | ⊘21 | MEMORANDUM OF LAW in Support of 20 MOTION to Suppress Government's Use and Acquisition of Privileged Materials and for Other Appropriate Relief. (Stanhope, Don) ***SEALED EXHIBITS A-D*** (Entered: 10/20/2004) |
| 10/15/2004 | 22 | (Court only) Assented to MOTION to File Exhibits to Memorandum of Law in Support of Motion to Suppress Government's Use and Acquisition of Privileged Materials and for Other Appropriate Relief Under Seal.as to George Schussel . (Stanhope, Don) (Entered: 10/20/2004) |
| 11/05/2004 | ⊘ | ELECTRONIC ENDORSEMENT granting 22 Assented to Motion to File Exhibits to Memorandum of Law in Support of Motion to Suppress Government's Use and Acquisition of Privileged Material and Other Appropriate Relief Under Seal. as to George Schussel : (Stanhope, Don) (Entered: 11/05/2004) |
| 11/12/2004 | ⊘23 | Joint MOTION to Amend *Briefing Schedule* as to George Schussel. (Weinberg, Martin) (Entered: 11/12/2004) |
| 11/18/2004 | ⊘ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 23 Motion to Amend Briefing Schedule as to George Schussel (1). Opposition to motion to suppress filed by 12/3/04; reply brief to be filed by 1/14/05. (Hourihan, Lisa) (Entered: 11/18/2004) |
| 12/02/2004 | ⊘24 | Assented to MOTION to Seal as to George Schussel by USA. (Stanhope, Don) (Entered: 12/03/2004) |
| 12/06/2004 | ⊘25 | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING MOTION as to George Schussel 24 Assented to MOTION to Seal filed by USA (Stanhope, Don) (Entered: 12/06/2004) |
| 12/08/2004 | ⊘26 | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING MOTION as to George Schussel 20 MOTION to Suppress filed by George |

| | | Schussel (Stanhope, Don) (Entered: 12/08/2004) |
|---|---|---|
| 12/08/2004 | ❸ | Judge Joyce London Alexander : Electronic ORDER entered granting 24 Motion to Seal as to George Schussel (1) (Brown, Rex) (Entered: 04/13/2005) |
| 12/08/2004 | ❸47 | SEALED Opposition by USA as to George Schussel's 20 MOTION to Suppress re 24 MOTION to Seal. (Filed under seal).(Brown, Rex) (Entered: 04/13/2005) |
| 12/15/2004 | ❸27 | NOTICE OF HEARING as to George Schussel Status Hearing set for 12/16/2004 11:45 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Brown, Rex) (Entered: 12/15/2004) |
| 12/16/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Hearing on 20 MOTION to Suppress Government's Use and Acquisition of Privileged Materials and for Other Appropriate Relief as t George Schussel held on 12/16/2004. The parties inform the Court that the evidentiary to be set in February should take a minimum of two (2) half days. Evidentiary Hearing set for 2/22/2005 10:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #Digital Recording.) (Brown, Rex) (Entered: 12/17/2004) |
| 01/10/2005 | ❸28 | Assented to MOTION for Extension of Time to January 18, 2005 to File File Pretrial Motions as to George Schussel. (Weinberg, Martin) (Entered 01/10/2005) |
| 01/11/2005 | ❸ | Judge Joyce London Alexander : Electronic ORDER entered granting 28 Motion for Extension of Time as to George Schussel (1) (Brown, Rex) (Entered: 02/03/2005) |
| 01/18/2005 | ❸29 | MOTION to Suppress *the Testimony of Attorneys Edward DeFranceschi and Kenneth Glusman and Incorporated Memorandum of Law* as to George Schussel. (Weinberg, Martin) (Entered: 01/18/2005) |
| 01/18/2005 | ❸30 | MOTION to Dismiss *Counts 2 and 3 for Violation of the Statute of Limitations and Incorporated Memorandum of Law* as to George Schussel. (Weinberg, Martin) (Entered: 01/18/2005) |
| 01/18/2005 | ❸31 | MOTION for Bill of Particulars as to George Schussel. (Weinberg, Martin) (Entered: 01/18/2005) |
| 01/18/2005 | ❸32 | MOTION for Hearing *for Evidentiary Hearing Regarding Whether Darlene Flint's Wrongfully Taking Documents Which Were the Property of DCI and Turning Them Over to the Government Violated his Rights Under the Fourth Amendment to the United States Constitution and Incorporated Memorandum of Law* as to George Schussel. (Weinberg, Martin) (Entered: 01/18/2005) |
| 01/18/2005 | ❸33 | Defendant's Assented MOTION for Leave to File Reply Memorandum Under Seal as to George Schussel. (Stanhope, Don) (Entered: 01/18/2005 |

| 01/18/2005 | 🖸34 | Defendant's Assented to MOTION for Leave to File Overlong Reply Memorandum. as to George Schussel. (Stanhope. Don) (Entered: 01/18/2005) |
|---|---|---|
| 01/18/2005 | 🖸48 | SEALED REPLY TO RESPONSE to Motion by George Schussel re 20 MOTION to Suppress. (Filed under seal).(Brown, Rex) (Entered: 04/13/2005) |
| 02/08/2005 | 🖸35 | MOTION to Continue *Hearing Date* as to George Schussel. (Weinberg. Martin) (Entered: 02/08/2005) |
| 02/08/2005 | 🖸36 | MOTION for Extension of Time to March 4, 2005 to File Response/Rep *to Defendant's Reply Brief and other pretrial motions* as to George Schusselby USA. (Ortiz, Carmen) (Entered: 02/08/2005) |
| 03/04/2005 | 🖸37 | (Court only) Assented to MOTION to Seal Document *Government's Response to Defendant's Reply to Opposition to Defendant's Motion to Suppress Evidence on Claim of Privilege* as to George Schusselby USA. (Ortiz, Carmen) (Entered: 03/04/2005) |
| 03/04/2005 | 🖸38 | Opposition by USA as to George Schussel re 31 MOTION for Bill of Particulars (Ortiz, Carmen) (Entered: 03/04/2005) |
| 03/04/2005 | 🖸39 | Opposition by USA as to George Schussel re 30 MOTION to Dismiss *Counts 2 and 3 for Violation of the Statute of Limitations and Incorporated Memorandum of Law* (Ortiz, Carmen) (Entered: 03/04/2005) |
| 03/04/2005 | 🖸40 | Opposition by USA as to George Schussel re 32 MOTION for Hearing *fo Evidentiary Hearing Regarding Whether Darlene Flint's Wrongfully Taking Documents Which Were the Property of DCI and Turning Them Over to the Government Violated his Rights Under the Fourth Amendmer to the United States (Ortiz, Carmen) (Entered: 03/04/2005)* |
| 03/04/2005 | 🖸41 | Opposition by USA as to George Schussel re 29 MOTION to Suppress *th Testimony of Attorneys Edward DeFranceschi and Kenneth Glusman anc Incorporated Memorandum of Law* (Ortiz, Carmen) (Entered: 03/04/2005) |
| 03/04/2005 | 🖸42 | ASSENTED-TO MOTION to Seal as to George Schusselby USA. (Brown, Rex) (Entered: 03/07/2005) |
| 03/08/2005 | 🖸43 | MOTION for Leave to File *By March 18, 2005, Memoranda of Law in Reply to the Government's Oppositions to His Pretrial Motions and to the Government's Response to Defendant's Reply to Opposition to Defendant's Motion to Suppress Evidence on Claim of Privilege* as to George Schussel. (Weinberg. Martin) (Entered: 03/08/2005) |
| 03/08/2005 | 🖸 | Judge Joyce London Alexander : ORDER entered granting in part and denying in part 35 Motion to Continue as to George Schussel (1)to 4/26/05-4/28/05 (Brown. Rex) (Entered: 03/22/2005) |

| 03/18/2005 | 46 | Defendant George Schussel's Assented to MOTION to File Reply Memorandum Under Seal as to George Schussel. (Stanhope, Don) (Entered: 04/07/2005) |
|---|---|---|
| 03/21/2005 | ❏ | Judge Joyce London Alexander : Electronic ORDER entered granting 36 Motion for Extension of Time to File Response/Reply as to George Schussel (1) (Brown, Rex) (Entered: 04/04/2005) |
| 03/22/2005 | ❏ | Judge Joyce London Alexander : Electronic ORDER entered granting 42 Motion to Seal as to George Schussel (1) (Brown, Rex) (Entered: 03/24/2005) |
| 03/22/2005 | 49 | ***SEALED DOCUMENT*** Government's Response to Defendant's 4 Reply to Opposition to Defendant's Motion to Suppress Evidence on Claim of Privilege. (Attachments: # 1 Exhibit 1-9)(Stanhope, Don) (Entered: 04/14/2005) |
| 03/25/2005 | ❏ | Notice of correction to docket made by Court staff. Correction: Documen #44, #45, #46 deleted because: Reply memorandum's cannot be filed unti #43 Motion for Leave is ruled on by Court as to George Schussel (Stanhope, Don) (Entered: 03/25/2005) |
| 04/07/2005 | 44 | REPLY TO RESPONSE to Motion by George Schussel re 30 MOTION to Dismiss *Counts 2 and 3 for Violation of the Statute of Limitations and Incorporated Memorandum of Law* (Weinberg, Martin) (Entered: 04/07/2005) |
| 04/07/2005 | 45 | REPLY TO RESPONSE to Motion by George Schussel re 29 MOTION to Suppress *the Testimony of Attorneys Edward DeFranceschi and Kenneth Glusman and Incorporated Memorandum of Law* (Weinberg, Martin) (Entered: 04/07/2005) |
| 04/12/2005 | ❏ | Judge Joyce London Alexander : Electronic ORDER entered reserving ruling for the District Judge on 30 Motion to Dismiss as to George Schussel (1); reserving ruling for the District Judge on 32 Motion for Hearing as to George Schussel (1) (Brown, Rex) (Entered: 04/13/2005) |
| 04/12/2005 | ❏ | Judge Joyce London Alexander : Electronic ORDER entered granting 33 Motion for Leave to File as to George Schussel (1); granting 34 Motion for Leave to File as to George Schussel (1) (Brown, Rex) (Entered: 04/13/2005) |
| 04/12/2005 | ❏ | Judge Joyce London Alexander : Electronic ORDER entered denying 43 Motion for Leave to File as to George Schussel (1). Both parties in this case have filed a plethora of memoranda, oppositions and reply briefs. No more is necessary for the hearing which will begin, as per notification on May 11th at 2:00 PM. No further continuances. (Brown, Rex) (Entered: 04/13/2005) |
| 04/13/2005 | ❏ | ELECTRONIC NOTICE OF HEARING ON MOTIONS as to George Schussel. In that the parties have stated that the time necessary for an evidentiary hearing will be three (3) half-days, the Hearing on 20 |

|            |      | MOTION to Suppress and 29 MOTION to Suppress is set to begin 5/11/2005 02:00 PM, 5/12/05 at 9:30 AM and conclude 5/13/05 at 9:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. No further continuances will be granted.(Brown, Rex) (Entered: 04/13/2005) |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 05/11/2005 | ❑ | ***SEALED*** Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Evidentiary Hearing Day 1 as to George Schussel held on 5/11/2005. The government and defense present evidence. The Court continues the matter. Evidentiary Hearing set for 5/12/2005 09:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #SEALED Digital Recording.) (Brown, Rex) Modified on 5/18/2005 (Brown, Rex). (Entered: 05/18/2005) |
| 05/12/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Evidentiary Hearing Day 2 as to George Schussel held on 5/12/2005. The government and defense present evidence. The Court continues the matter. Evidentiary Hearing set for 5/13/2005 09:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Tape #SEALED Digital Recording.) (Brown, Rex) Modified on 5/18/2005 (Brown, Rex). (Entered: 05/18/2005) |
| 05/13/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Evidentiary Hearing Day 3 as to George Schussel held on 5/13/2005. The government and defense present evidence. The government and defense rest. The government and defense offer oral argument. The Court takes the matter under advisement. The Court grants the parties leave to file proposed findings of fact. The Court will issue its Report and Recommendation after submission by the parties of proposed finding of fact from the government as to the issue of Corporate Priviledge and proposed finding of fact from the defense as to the issue of Crime Fraud exception. The parties shall submit their preliminary proposed findings of fact no later than Wednesday evening 5/18/05. Upon receipt of the official transcript, the parties will have ten days to file final proposed findings of fact. (Tape #SEALED Digital Recording.) (Brown, Rex) Modified on 5/18/2005 (Brown, Rex). (Entered: 05/18/2005) |
| 05/13/2005 | ❑ | Judge Joyce London Alexander : Electronic ORDER entered. ORAL ORDER as to George Schussel re Evidentiary Hearing. The parties shall submit their preliminary proposed findings of fact no later than Wednesday evening 5/18/05. Upon receipt of the official transcript, the parties will have ten days to file final proposed findings of fact. So ORDERED. (Brown, Rex) (Entered: 05/18/2005) |
| 05/13/2005 | ❑50 | EXHIBIT/WITNESS LIST as to George Schussel (Attachments: # 1 Page 2)(Brown, Rex) (Entered: 05/18/2005) |
| 05/18/2005 | ❑ | Notice of correction to docket made by Court staff. Correction: Oral Order regarding evidentiary hearing corrected because: filing date corrected to 5/13/05 from 5/18/05 as to George Schussel (Brown, Rex) (Entered: |

|  |  | 05/18/2005) |
|---|---|---|
| 05/18/2005 | ❹51 | ***SEALED DOCUMENT*** Assented to MOTION to Seal as to George Schusselfiled by USA. (Stanhope, Don) (Entered: 05/20/2005) |
| 05/18/2005 | ❹52 | ***SEALED DOCUMENT*** MOTION to File Defendant George Schussel's Preliminary Request for Findings of Fact Regarding Absence of Sufficient Proof of Crime-Fraud Exception to Attorney-Client and Work Product Privileges of the Defendantas to George Schussel. (Stanhope, Don) (Entered: 05/20/2005) |
| 06/06/2005 | ❸ | Judge Joyce London Alexander : Electronic ORDER entered granting 51 Motion to Seal as to George Schussel (1); granting 52 Motion for Leave to File as to George Schussel (1). *****Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures.*****(Brown, Rex) (Entered: 06/26/2005) |
| 07/22/2005 | ❹53 | SEALED TRANSCRIPT of Suppression Hearing as to George Schussel held on May 11, 2005 before Judge Alexander. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) Modified on 7/22/2005 (Scalfani, Deborah). Modified on 7/22/2005 (Scalfani, Deborah). (Entered: 07/22/2005) |
| 07/22/2005 | ❹54 | SEALED TRANSCRIPT of Suppression Hearing as to George Schussel held on May 12, 2005 before Judge Alexander. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) Modified on 7/22/2005 (Scalfani, Deborah). (Entered: 07/22/2005) |
| 07/22/2005 | ❹55 | SEALED TRANSCRIPT of Suppression Hearing as to George Schussel held on May 13, 2005 before Judge Alexander. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) Modified on 7/22/2005 (Scalfani, Deborah). (Entered: 07/22/2005) |
| 07/22/2005 | ❹56 | SEALED TRANSCRIPT of Suppression Hearing (Afternoon Session) as to George Schussel held on May 12, 2005 before Judge Alexander. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/22/2005) |
| 07/22/2005 | ❹57 | SEALED TRANSCRIPT of Suppression Hearing as to George Schussel held on May 13, 2005 before Judge Alexander. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young |

| | | at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/22/2005) |
|---|---|---|
| 07/25/2005 | 58 | Joint MOTION for Extension of Time to August 12, 2005 to File Final Requests for Findings of Fact as to George Schussel. (Weinberg, Martin) (Entered: 07/25/2005) |
| 07/26/2005 | | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 58 Motion for Extension of Time as to George Schussel. (1) "Th parties shall submit a joint motion for excludable delay on or before August 9, 2005." (Miner, Valencia) (Entered: 07/26/2005) |
| 08/09/2005 | 59 | Joint MOTION to Exclude *Time* as to George Schussel. (Attachments: # Text of Proposed Order)(Weinberg, Martin) (Entered: 08/09/2005) |
| 08/10/2005 | | Magistrate Judge Joyce London Alexander: Electronic ORDER entered granting 59 Motion to Exclude Time from 5/11/05 through 8/12/05 as to George Schussel. (1) (Miner, Valencia) (Entered: 08/12/2005) |
| 08/12/2005 | 60 | SEALED MOTION as to George Schussel (York, Steve) Modified on 8/15/2005 To correct filer(York, Steve). (Entered: 08/15/2005) |
| 08/12/2005 | 61 | (Court only) MOTION to Seal the Revised Request for Findings of Fact to Motion to Suppress as to George Schusselby USA. (Edge, Eugenia) (Entered: 08/15/2005) |
| 08/15/2005 | | Judge update in case as to George Schussel. Judge Joyce London Alexander added. (Edge, Eugenia) (Entered: 08/15/2005) |
| 08/17/2005 | | Magistrate Judge Joyce London Alexander: Electronic ORDER entered finding as moot 46 Motion to Seal as to George Schussel. (1) (Miner, Valencia) (Entered: 08/18/2005) |
| 08/25/2005 | 62 | Magistrate Judge Joyce London Alexander : ORDER entered. SEALED REPORT and RECOMMENDATIONS as to George Schussel (JLA, int1) (Entered: 08/26/2005) |
| 08/26/2005 | | Case as to George Schussel no longer referred to Magistrate Judge Joyce London Alexander. (JLA, int1) (Entered: 08/26/2005) |
| 09/06/2005 | 63 | MOTION to Seal as to George Schussel. (York, Steve) (Entered: 09/06/2005) |
| 09/07/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 63 Motion to Seal as to George Schussel (1) (York, Steve) (Entered: 09/07/2005) |
| 09/07/2005 | 64 | Objection filed under Seal (York, Steve) (Entered: 09/07/2005) |
| 09/20/2005 | 65 | Assented to MOTION to Seal as to George Schusselby USA. (York, Steve) (Entered: 09/20/2005) |
| 09/20/2005 | 66 | Sealed DocumentYork, Steve) (Entered: 09/20/2005) |

| 09/21/2005 | 🔾67 | MOTION for Leave to File as to George Schussel. (York, Steve) (Entered 09/22/2005) |
|---|---|---|
| 09/21/2005 | 🔾68 | SEALED MOTION as to George Schussel. (York, Steve) (Entered: 09/22/2005) |
| 09/23/2005 | 🔾 | Judge Reginald C. Lindsay : ElectronicORDER entered denying 67 Motion for Leave to File as to George Schussel (1) (York, Steve) (Entered: 09/23/2005) |
| 09/23/2005 | 🔾 | Judge Reginald C. Lindsay : ElectronicORDER entered denying [68] Sealed Motion as to George Schussel (1) (York, Steve) (Entered: 09/23/2005) |
| 10/18/2005 | 🔾69 | SEALED MOTION as to George Schusselby USA. (York, Steve) (Entered: 10/18/2005) |
| 11/16/2005 | 🔾70 | Joint MOTION for Excludable Delay from September 14, 2004 to *date of trial* as to George Schusselby USA. (Ortiz, Carmen) (Entered: 11/16/2005) |
| 12/05/2005 | 🔾 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 70 Joint MOTION for Excludable Delay from September 14, 2004 to date of trial as to George Schussel. The court orders that the period of time from September 14, 2004 to the date of the trial of this case be and it hereby is excluded under 18 U.S.C.3161(h)(8)(B)(ii) and (iv) and 18 U.S.C.3161(h)(8)(A), because this is a "complex case," and the ends of justice served by allowing the parties adequate time to prepare for the lengthy trial of this complex case outweighs the respective interests of the defendant and the public in a speedy trial. The fact that the parties have jointly filed this motion is an indication that they occur in the conclusion the court has reached after having balanced the need for adequate trial preparation against the interests of the public and the defendant in a speedy trial. (Lindsay, Reginald) (Entered: 12/05/2005) |
| 12/05/2005 | 🔾 | Judge Reginald C. Lindsay : Electronic ORDER entered, adopting Report and Recommendations of Magistrate Judge Alexander re 20 Motion to Suppress as to George Schussel. Accordingly, the motion is granted in part and denied in part as follows: documents 1, 8, and 9 of Exhibit A and documents 1-5, inclusive, of Exhibit B are hereby suppressed. The remaining documents, of those now in the government's possession, are not suppressed. (Lindsay, Reginald) (Entered: 12/05/2005) |
| 12/05/2005 | 🔾 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 37 Assented to MOTION to Seal Document Government's Response to Defendant's Reply to Opposition to Defendant's Motion to Suppress Evidence on Claim of Privilege as to George Schussel by USA; granting 61 MOTION to Seal the Revised Request for Findings of Fact to Motion to Suppress as to George Schussel by USA; and granting 65 Assented to MOTION to Seal as to George Schusselby USA. (Lindsay, Reginald) (Entered: 12/05/2005) |

| 12/05/2005 | ❏ | Judge Reginald C. Lindsay : Electronic ORDER entered denying 30 Motion to Dismiss as to George Schussel. As reasons for this ruling, the court adopts and incorporates by reference the position taken by the Government in its memorandum opposing this motion ("Memorandum") The court orders and directs the parties to include the Memorandum in the record, as part of this order, should there be an appeal in this case that presents this order as a question for review. (Lindsay, Reginald) (Entered 12/05/2005) |
|---|---|---|
| 12/05/2005 | ❏ | Judge Reginald C. Lindsay : Electronic ORDER entered denying 31 Motion for Bill of Particulars as to George Schussel. (Lindsay, Reginald) (Entered: 12/05/2005) |
| 12/05/2005 | ❏ | Judge Reginald C. Lindsay : Electronic ORDER entered denying 32 MOTION of Defendant, George Schussel, for Evidentiary Hearing Regarding Whether Darlene Flint's Wrongfully Taking Documents Whic Were the Property of DCI and Turning Them Over to the Government Violated The Defendant's Rights Under the Fourth Amendment to the United States Constitution. (Lindsay, Reginald) (Entered: 12/05/2005) |
| 12/05/2005 | ❏ | Judge Reginald C. Lindsay : Electronic ORDER entered granting in part and denying in part 29 MOTION of Defemdant, George Schussel to Suppress the Testimony of Attorneys Edward DeFranceschi and Kenneth Glusman and Incorporated Memorandum of Law as to George Schussel. This motion is granted in part and denied in part to the same extent as the court ruled on the defendant's motion to suppress documents. (Docket # 20). (Lindsay, Reginald) (Entered: 12/05/2005) |
| 12/05/2005 | ❏ | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 69 Sealed Motion as to George Schussel by USA. (Lindsay, Reginald) (Entered: 12/05/2005) |
| 12/06/2005 | ❏ | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 60 Sealed Motion as to George Schussel (1) (York, Steve) (Entered: 12/06/2005) |
| 12/07/2005 | ❏ | ELECTRONIC NOTICE OF HEARING as to George Schussel Pretrial Conference set for 1/4/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/07/2005) |
| 12/14/2005 | ❏71 | *Defendant's* NOTICE OF APPEAL by George Schussel Filing fee $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/3/2006. (DiMento, Francis) (Entered: 12/14/2005) |
| 12/20/2005 | ❏ | FILING FEE PAID $ 255 regarding Notice of Appeal as to George Schussel (York, Steve) (Entered: 12/21/2005) |

| 12/23/2005 | 72 | Certified and Transmitted Record on Appeal as to George Schussel to US Court of Appeals re 71 Notice of Appeal, (Ramos, Jeanette) (Entered: 12/23/2005) |
|---|---|---|
| 01/04/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to George Schussel held on 1/4/2006. It i reported that the case is now in the First Circuit. Court will set a further pretrial once the case is returned. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/05/2006) |
| 01/13/2006 | 73 | USCA Case Number as to George Schussel 05-2896 for 71 Notice of Appeal, filed by George Schussel,. (Ramos, Jeanette) (Entered: 01/13/2006) |
| 05/23/2006 | 74 | NOTICE OF ATTORNEY APPEARANCE Jack W. Pirozzolo appearing for USA. (Pirozzolo, Jack) (Entered: 05/23/2006) |
| 05/23/2006 | 75 | MANDATE of USCA (certified copy) as to George Schussel re 71 Notic of Appeal. Because this interlocutory appeal does not fit within either the collateral order doctrine or the PERLMAN exception to the finality rule. is DISMISSED FOR LACK OF JURIDICTION. (Ramos, Jeanette) (Entered: 05/23/2006) |
| 05/24/2006 | ❍ | ELECTRONIC NOTICE OF HEARING as to George Schussel Status Conference set for 6/14/2006 03:15 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/24/2006) |
| 05/24/2006 | ❍ | ELECTRONIC NOTICE OF RESCHEDULING as to George Schussel Status Conference reset for 6/5/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/24/2006) |
| 06/05/2006 | ❍ | ELECTRONIC NOTICE OF RESCHEDULING as to George Schussel Status Conference reset for 6/7/2006 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 06/05/2006) |
| 06/07/2006 | ❍ | Set/Reset Hearings as to George Schussel: Jury Trial set for 1/8/2007 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. Trial estimate 2-3 weeks. Pretrial order to issue. (Hourihan, Lisa) (Entered: 06/07/2006) |
| 08/04/2006 | 76 | MOTION *Agreed-To Pretrial Schedule* as to George Schusselby George Schussel, USA. (Weinberg, Martin) (Entered: 08/04/2006) |
| 08/24/2006 | ❍ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 76 Agreed-To Pretrial Schedule as to George Schussel (1) (Hourihan, Lisa) (Entered: 08/24/2006) |
| 12/18/2006 | ❍ | ELECTRONIC NOTICE OF HEARING as to George Schussel Pretrial Conference set for 1/3/2007 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/18/2006) |
| 12/20/2006 | 77 | MOTION for Leave to File *Motion in Limine Late* as to George Schusse (DiMento, Francis) (Entered: 12/20/2006) |

| 12/20/2006 | ●78 | MOTION in Limine as to George Schussel. (Attachments: # 1 Exhibit A (Testimony of Paul M. Law))(DiMento, Francis) (Entered: 12/20/2006) |
|---|---|---|
| 12/20/2006 | ❑ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 77 Motion for Leave to File Motion in Limine Late as to George Schussel. The document to which this order pertains has been docketed as 78. (RC1 law4) (Entered: 12/20/2006) |
| 12/20/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to George Schussel held on 12/20/2006. Carmen Ortiz and Jack Pirozzolo for the Government. Martin Weinberg and Attorney Kosow for the defendant. Court allowed defendant's motion for leave to file motions in limine late. Counsel to brief the issues raised regarding attorney-client privilege. Government to submit its trial brief, voir dire questions and jury instructions by 12/29/06. Any motions in limine due by 12/29/06. Response to motions in limine due by 1/4/07. Joint statement regarding hardship questionnaire due by 1/3/07. Counsel to notify the clerk to set up a time to review the courtroom technology the week of January 3, 2007. (Court Reporter M. Patrisso.) (Hourihan, Lisa) (Entered: 12/21/2006) |
| 12/29/2006 | ●79 | Proposed Jury Instructions by USA as to George Schussel (Pirozzolo, Jack) (Entered: 12/29/2006) |
| 12/29/2006 | ●80 | Proposed Voir Dire by USA as to George Schussel (Pirozzolo, Jack) (Entered: 12/29/2006) |
| 12/29/2006 | ●81 | MOTION in Limine *To Exclude Experts* as to George Schusselby USA. (Pirozzolo, Jack) (Entered: 12/29/2006) |
| 12/29/2006 | ●82 | MEMORANDUM in Support by USA as to George Schussel re 81 MOTION in Limine *To Exclude Experts* (Attachments: # 1 12/8/06 Letter# 2 Affidavit of Arnold R. Rosenfeld# 3 3/4/1998 Fax# 4 12/11/06 Letter)(Pirozzolo, Jack) (Entered: 12/29/2006) |
| 12/29/2006 | ●83 | TRIAL BRIEF by USA as to George Schussel (Pirozzolo, Jack) (Entered 12/29/2006) |
| 12/29/2006 | ●84 | Proposed Voir Dire by George Schussel (DiMento, Francis) (Entered: 12/29/2006) |
| 12/29/2006 | ●85 | Proposed Jury Instructions by George Schussel (Weinberg, Martin) (Entered: 12/29/2006) |
| 01/03/2007 | ●86 | NOTICE OF ATTORNEY APPEARANCE: Jason A. Kosow appearing for George Schussel (Kosow, Jason) (Entered: 01/03/2007) |
| 01/04/2007 | ●87 | EXHIBIT/WITNESS LIST by USA as to George Schussel (Ortiz, Carmen) (Entered: 01/04/2007) |
| 01/04/2007 | ●88 | RESPONSE to Motion by George Schussel re 81 MOTION in Limine *To Exclude Experts* (Weinberg, Martin) (Entered: 01/04/2007) |

| 01/04/2007 | 89 | EXHIBIT/WITNESS LIST by George Schussel (DiMento, Francis) (Entered: 01/04/2007) |
| 01/05/2007 | 90 | TRIAL BRIEF by George Schussel (Weinberg, Martin) (Entered: 01/05/2007) |
| 01/05/2007 | 91 | EXHIBIT/WITNESS LIST by USA as to George Schussel (Pirozzolo, Jack) (Entered: 01/05/2007) |
| 01/05/2007 | 92 | EXHIBIT/WITNESS LIST by USA as to George Schussel (Pirozzolo, Jack) (Entered: 01/05/2007) |
| 01/08/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Selection as to George Schussel held on 1/8/2007. Jack Pirozzolo and Carmen Ortiz for the Government. Martin Weinberg and Frank DiMento for the Defendant. Jury empanelled. Court adjourned unt 1/9/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/08/2007) |
| 01/09/2007 | 93 | MOTION permission to inspect records as to George Schussel. (DiMento Francis) (Entered: 01/09/2007) |
| 01/09/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Two as to George Schussel held on 1/9/2007. Ju sworn. Preliminary instructions given to the jury. Government's opening statement. Defendant's opening statement. Government's evidence begins with the examination of Diane Reed. Court adjourned until 1/10/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/09/2007) |
| 01/10/2007 | 94 | First MEMORANDUM in Support by George Schussel re 93 MOTION permission to inspect records (DiMento, Francis) (Entered: 01/10/2007) |
| 01/10/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Three as to George Schussel held on 1/10/2007. Government's evidence continues with the examination of Diane Reed. Court adjourned until 1/11/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/11/2007) |
| 01/11/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Four as to George Schussel held on 1/11/2007. Government's evidence continues with the examination of Diane Reed. Cross-examination. Court adjourned until 1/12/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/16/2007) |
| 01/12/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Five as to George Schussel held on 1/12/2007. Government's evidence continues with the cross-examination of Diane Reed; re-direct; re-cross. Examination of Satela Scanlon; cross-examination. Examination of Leena Minkkinen. Court adjourned until 1/16/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/16/2007) |

| 01/16/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Six as to George Schussel held on 1/16/2007. Government's evidence continues with the examination of Lawrence Griffin; cross-examination; re-direct. Examination of Kelly Jordan. Cour adjourned until 1/17/07 at 9:00AM. (Court Reporter D. Joyce.) (Houriha Lisa) (Entered: 01/16/2007) |
| 01/17/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Seven as to George Schussel held on 1/17/2007. Government's evidence continues with the examination of Kelly Jordan: cross-examination. Court adjourned until 1/18/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/17/2007) |
| 01/18/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Eight as to George Schussel held on 1/18/2007. Government's evidence continues with the cross-examination of Kelly Jordan; re-direct; re-cross. Examination of Edward DeFranceschi. Court adjourned until 1/19/07 at 9:00AM. (Court Reporter D. Joyce.) (Houriha Lisa) (Entered: 01/18/2007) |
| 01/18/2007 | ❍95 | TRANSCRIPT of Jury Trial Day Four (Cross Examination of Diane Reed) as to George Schussel held on January 11, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/18/2007) |
| 01/18/2007 | ❍96 | TRANSCRIPT of Jury Trial Day Five (Cross Examination of Diane Ree as to George Schussel held on January 12, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contactii the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/18/2007) |
| 01/19/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Nine as to George Schussel held on 1/19/2007. Government's evidence continues with the examination of Edward DeFranceschi; cross-examination. Court adjourned until 1/22/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/22/2007) |
| 01/22/2007 | ❍97 | Proposed Jury Instructions by George Schussel (Weinberg, Martin) (Entered: 01/22/2007) |
| 01/22/2007 | ❍ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Ten as to George Schussel held on 1/22/2007. Government's evidence continues with the cross-examination of Edward DeFranceschi; re-direct:re-cross. Examination of John Cardullo; cross-examination; re-direct. Examination of Paul White. Court adjourne until 1/23/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/22/2007) |

| 01/23/2007 | 98 | MOTION to Strike as to George Schussel. (Weinberg, Martin) (Entered: 01/23/2007) |
|---|---|---|
| 01/23/2007 | 99 | MOTION for Acquittal *Defendant George Schussel's Motion for Judgment of Acquittal and Incorporated Memorandum of Law* as to George Schussel. (Weinberg, Martin) (Entered: 01/23/2007) |
| 01/23/2007 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Eleven as to George Schussel held on 1/23/2007. Government's evidence continues with the examination of Paul White; cross-examination; re-direct. Government rests. Defendant rests. Jury excused. Arguments on defendant's motion to strike and motion for judgment of acquittal. Court reserves ruling on the motions. Charge conference held. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/23/2007) |
| 01/24/2007 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Twelve as to George Schussel held on 1/24/2007 Government's closing argument; defendant's closing argument; Government's rebuttal. Court charges the jury. Jury retires to deliberate at 1:00PM. Court adjourned until 1/25/07 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/25/2007) |
| 01/25/2007 | 100 | TRANSCRIPT of Jury Trial Day Eight (Testimony of Edward DeFranceschi) as to George Schussel held on January 18, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/25/2007) |
| 01/25/2007 | 101 | EXCERPT TRANSCRIPT of Jury Trial Day Four (Testimony of Diane Reed) as to George Schussel held on January 11, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) Modified on 1/25/2007 (Scalfani, Deborah). (Entered 01/25/2007) |
| 01/25/2007 | 102 | TRANSCRIPT of Jury Trial Day Five (Redirect Examination of Diane Reed) as to George Schussel held on January 12, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 the Clerk's Office. (Scalfani, Deborah) (Entered: 01/25/2007) |
| 01/25/2007 | 103 | TRANSCRIPT of Jury Trial Day Nine as to George Schussel held on January 19, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/25/2007) |

| 01/25/2007 | ◉104 | TRANSCRIPT of Jury Trial Day Ten (Testimony of Edward DeFranceshi) as to George Schussel held on January 22, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/25/2007) |
|---|---|---|
| 01/25/2007 | ◔ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Thirteen as to George Schussel held on 1/25/2007. Jury deliberations continue. Jury returns with a guilty verdict on counts 1-3. Verdict recorded for the record. Jury excused. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/26/2007) |
| 01/25/2007 | ◔ | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Hearing re: bail as to George Schussel held on 1/25/2007. Government moves for detention after the verdict. Arguments. Court releases defendant on modified conditions. Defendant to post 10% cash c the $10 million bond. To be posted by 2/1/07. Defendant to give PTS a list of all accounts and defendant is to report any transactions from those accounts in excess of $100,000. Before travelling to any place other than NH, defendant to report to PTS and get permission to take that trip. (Cou Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/26/2007) |
| 01/25/2007 | ◕105 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to George Schussel Sentencing set for 5/29/2007 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan Lisa) (Entered: 01/26/2007) |
| 01/25/2007 | ◕106 | JURY VERDICT as to George Schussel (1) Guilty on Count 1,2,3. (Hourihan, Lisa) (Entered: 01/26/2007) |
| 01/30/2007 | ◔ | Exhibits returned to counsel (Hourihan, Lisa) (Entered: 01/30/2007) |
| 01/30/2007 | ◕107 | Appearance Bond Entered as to George Schussel in amount of $ 1,000.000, surety (Hourihan, Lisa) (Entered: 01/30/2007) |
| 02/01/2007 | ◕108 | MOTION for Acquittal *Defendant George Schussel's Motion for Judgment of Acquittal or, in the Alternative, A New Trial* as to George Schussel. (Weinberg, Martin) (Entered: 02/01/2007) |
| 02/05/2007 | ◕109 | MOTION Deposit Cash Security in Interest Bearing Account *(unopposed* as to George Schussel. (DiMento, Francis) (Entered: 02/05/2007) |
| 02/07/2007 | ◔ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 109 Motion for Deposit of Cash Security in an Interest Bearing Account as to George Schussel (1) (Hourihan, Lisa) (Entered: 02/07/2007) |
| 02/08/2007 | ◕110 | MOTION for Extension of Time to March 9, 2007 to File Response/Rep as to 108 MOTION for Acquittal *Defendant George Schussel's Motion f Judgment of Acquittal or, in the Alternative, A New Trial* as to George Schusselby USA. (Ortiz, Carmen) (Entered: 02/08/2007) |

| 02/09/2007 | ◯ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 110 Motion for Extension of Time to File Response/Reply as to George Schussel (1) (York, Steve) (Entered: 02/09/2007) |
|---|---|---|
| 02/12/2007 | ◑111 | MOTION for Leave to File *Defendant George Schussel's Supplemental Memorandum in Support of His Motion for Judgment of Acquittal or, in the Alternative, a New Trial* as to George Schussel. (Weinberg, Martin) (Entered: 02/12/2007) |
| 02/12/2007 | ◑112 | MEMORANDUM in Support by George Schussel re 111 MOTION for Leave to File *Defendant George Schussel's Supplemental Memorandum Support of His Motion for Judgment of Acquittal or, in the Alternative, a New Trial* (Weinberg, Martin) (Entered: 02/12/2007) |
| 03/09/2007 | ◑113 | Opposition by USA as to George Schussel re 108 MOTION for Acquitta *Defendant George Schussel's Motion for Judgment of Acquittal or, in the Alternative, A New Trial* (Ortiz, Carmen) (Entered: 03/09/2007) |
| 03/14/2007 | ◑114 | MOTION for Leave to File *Defendant George Schussel's Motion for Leave to Reply to Government's Opposition to His Motion for Judgment of Acquittal or, in the Alternative, a New Trial* as to George Schussel. (Weinberg, Martin) (Entered: 03/14/2007) |
| 03/14/2007 | ◑115 | REPLY TO RESPONSE to Motion by George Schussel re 108 MOTIO? for Acquittal *Defendant George Schussel's Motion for Judgment of Acquittal or, in the Alternative, A New Trial* (Weinberg, Martin) (Entere 03/14/2007) |
| 03/15/2007 | ◯ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 111 Motion for Leave to File Supplemental Memorandum in Support of his Motion for Judgment of Acquittal or, in the alternative, a New Trial (Hourihan, Lisa) (Entered: 03/15/2007) |
| 03/15/2007 | ◯ | Judge Reginald C. Lindsay : Electronic ORDER entered granting 114 Motion for Leave to File Reply to Opposition to Motion for Judgment o Acquittal (Hourihan, Lisa) (Entered: 03/15/2007) |
| 03/15/2007 | ◯ | Judge Reginald C. Lindsay : Electronic ORDER entered denying 99 Motion for Acquittal as to George Schussel (1); denying 108 Motion fo1 Acquittal as to George Schussel (1) (Hourihan, Lisa) (Entered: 03/15/2007) |
| 05/21/2007 | ◑116 | PARTIAL TRANSCRIPT of Jury Trial Day Thirteen (after Verdict) as George Schussel held on January 25, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah (Entered: 05/21/2007) |
| 05/24/2007 | ◯ | ELECTRONIC NOTICE OF RESCHEDULING as to George Schussel Sentencing reset for 7/12/2007 10:00 AM in Courtroom 11 before Judg Reginald C. Lindsay. Any sentencing memorandum should filed 5 days |

| | | before the sentencing hearing.(Hourihan, Lisa) (Entered: 05/24/2007) |
|---|---|---|
| 07/05/2007 | 117 | SENTENCING MEMORANDUM by George Schussel (Attachments: # Exhibit A, B, C, D and E)(DiMento, Francis) (Entered: 07/05/2007) |
| 07/06/2007 | 118 | REQUEST FOR SPECIAL FINDINGS OF FACT *AND RULINGS OF LAW RE SEC. 3553(a) FACTORS* by George Schussel (DiMento, Franci (Entered: 07/06/2007) |
| 07/10/2007 | 119 | MOTION to Seal as to George Schusselby USA. (York, Steve) (Entered: 07/10/2007) |
| 07/10/2007 | 120 | Sealed Document (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3: 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8)(York, Steve) (Entered: 07/10/2007) |
| 07/13/2007 | 121 | *SEALED* UNEDITED STENO FILE of Sentencing as to George Schussel held on July 12, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. (Scalfani, Deborah) (Entered: 07/13/2007) |
| 07/16/2007 | 122 | EXCERPT TRANSCRIPT of Sentencing as to George Schussel held on July 12, 2007 before Judge Lindsay. Court Reporter: Debra M. Joyce. Th original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/16/2007) |
| 07/16/2007 | 123 | NOTICE OF APPEAL by George Schussel NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the Firs: Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/6/2007. (Weinberg, Martin) (Entered: 07/16/2007) |