## MARTIN G. WEINBERG, P.C.
ATTORNEY AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

NIGHT EMERGENCY
(617) 901-3472

EMAIL ADDRESSES:

owlmcb@att.net
owlmgw@att.net

July 20, 2007

**VIA-HAND DELIVERY**
Honorable Judge Reginald Lindsey
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 5130
Boston, MA 02110

    RE:   *United States v. George Schussel*
           Cr. No. 04-10060-RCL

Dear Judge Lindsey:

    During sentencing on July 12, 2007 counsel for defendant George Schussel requested that you recommend that the Bureau of Prisons designate FMC Devens, MA as his place of incarceration. We have since learned from our prison consultant that the FPC at Otisville, NY has less overcrowding and provides Dr. Schussel with the opportunity to pursue his religious faith in a more organized fashion. We therefore request that in the written Judgment & Commitment you recommend FPC Otisville rather than Devens.

    Thank you.

Yours truly,

*[signature]*

Martin G. Weinberg

CC:    Carmen Ortiz
          Assistant United States Attorney
          John Joseph Moakley Federal Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA  02110