```
 1              STATEMENT OF REASONS (FROM TRANSCRIPT)
 2                     *  *  *  *  *  *  *  *
 3              THE COURT:  Mr. DiMento was correct that
 4   Dr. Schussel presents for me a defendant who is different from
 5   the defendant I ordinarily see in this courtroom.  The last
 6   person I sentenced was I think a sentence I imposed on Tuesday
 7   of this year, a man named Gabriel Ortiz.  Mr. Ortiz came before
 8   me having distributed ten grams of crack cocaine.  He had two
 9   previous convictions for -- one at age 17 he sold a bag or
10   distributed some marijuana, and one when he was 18, he sold
11   some heroin.
12              Mr. Ortiz came to this courtroom looking at a
13   minimum of 22 years in prison for selling ten grams of crack
14   cocaine.  And but for his lawyer, he was alone.
15              There is a difference in the persons, in the crime,
16   and also in the nature of the punishment.  Mr. Ortiz had no one
17   to speak for him but his lawyer and himself.
18              I think it's a wonderful thing, a wonderful thing
19   to have 59 people write to me about Dr. Schussel, and that's
20   extraordinary.  They tell me of his good works, and I don't --
21   I admire the good works.  But when I sentence, I have to think
22   of why I don't have anything like that from Mr. Ortiz.  He had
23   nothing to give.  He ran away from home from an abusive, drug
24   addicted mother at age 13, he lived on the streets, and was
25   taken in by a friend, who was a drug dealer.  Mr. Ortiz became
```

```
 1    addicted to drugs himself, and he made his money by selling
 2    drugs on the street.
 3              I didn't give him 22 years.  The ultimate
 4    punishment was eight years.
 5              But I raise his case to raise the question with all
 6    of you here:  Should Gabriel Ortiz go to a federal penitentiary
 7    for 22 years or eight years and Dr. Schussel not go or should
 8    go for just a year because Mr. Ortiz sold some drugs,
 9    Dr. Schussel evaded his taxes?
10              There's a difference, to be sure, in the crime and
11    the effect on society of the crimes.  It's just the government
12    who was the victim of this crime, who was the victim of the
13    crime, and it was the larger society that was the victim of
14    Mr. Ortiz' crime.  Perhaps one could argue that by taking money
15    from the government by tax evasion Dr. Schussel took $8 million
16    that might have gone to public housing, that might have gone to
17    safer streets to protect us from people like Gabriel Ortiz.
18              But in today's world I have to look, I'm afraid, at
19    both these men, men who have been convicted of felonies in this
20    courtroom.  The nature of the crime has an influence on me, to
21    be sure.  But I start out with the fact that both persons are
22    convicted of felonies, of offenses against the United States of
23    America.
24              There's no way that Mr. Ortiz can avoid prison; he
25    has nothing to give, he has given to nobody, he's helped
```

```
 1   nobody, couldn't even pay his fine, didn't have enough money.
 2   Twenty-four years old.  And when he gets out, I wonder what
 3   he'll do.  In prison he got a GED.  He impressed me because he
 4   was studying after his GED, continued to study, continued to
 5   work.  He stopped selling drugs.  He came in here after being
 6   shot at a bar, somebody shot him six times causing him to lose
 7   several of his organs, and yet he went to prison.
 8          So it's in that context I look at this crime.  I'm going
 9   to take into account all the things I must take into account in
10   sentencing Dr. Schussel, the good he has done, the person that
11   he is in determining this sentence.
12             Mr. DiMento did mention some things I remembered
13   from the trial about the good Dr. Schussel has done.
14   Mr. DiMento did remind me that Diane Reed testified that
15   Dr. Schussel paid for the education of at least one of her
16   children, maybe more, and I remember that.  And I see from
17   these letters and from the way that the defendants have
18   prepared their papers with me emphasizing all the good that
19   Dr. Schussel has done and that he can do.  And I ask myself
20   about Dr. Schussel because it's not a question I have to ask
21   about Gabriel Ortiz because I know why he was in here.  I know
22   what path brought him to me.
23             Dr. Schussel, I can't fathom the path that brought
24   him to me, a man who has made much of himself, extraordinary
25   education, extraordinary advantages.  I know it started out
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    badly, and I admire you, Dr. Schussel, for overcoming the
 2    terrible circumstances of your early life.
 3              Ms. Ortiz says it's greed.  I don't think it's that
 4    simple, because I don't think a man is characterized by greed
 5    who commits this offense at the same time he's giving away
 6    money, he's educating people, he's raising money for others,
 7    he's giving $2 million to M.I.T., he's helping people along.
 8    That's not the man full of greed.
 9              I don't know what it is.  It's Greek.  This is a
10    Greek tragedy, like a Greek tragedy.  There's a flaw.  I don't
11    understand what it is.  It would be easier for me if I knew
12    what the flaw was, what it is that brings Dr. Schussel to me.
13    And while I sat in the back and talked to my staff, I tried to
14    say to myself, What is it that brings Dr. Schussel to me?  Why
15    is he here?  I can't figure it out.
16              What I can say, however, is that the crime has been
17    committed, it must be punished.  I must take it seriously, even
18    though some would say it's just evasion of taxes, it's just the
19    government's money, but I can't let the next person who says
20    it's just the government's money, it is just tax evasion, I
21    can't let that person do it without thinking of Dr. Schussel.
22    I have got to send a message that it isn't just the
23    government's money; it's the money that belongs to all of us.
24    And you don't get a break merely because you have the means to
25    do good and that you have the heart to do good and that you do
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    good when you commit a crime.
 2              So I'm going to impose a sentence, not the
 3    guideline sentence, it's going to be below the guideline
 4    sentence, but it's going to be a sentence that takes into
 5    account the seriousness of this crime, the need for me to tell
 6    the world that if you commit this crime, I will take it
 7    seriously if you appear here, and that the federal courts
 8    generally will take it seriously.
 9              In fashioning the sentence, I take into account all
10    the good that Dr. Schussel has done, all the things that are
11    recounted to me in the 59 letters that I have, including the
12    two from your grandchildren, or two from your grandchildren.  I
13    take into account your age, Dr. Schussel.  I think Mr. DiMento
14    overstates it when he says you are at the end of your life.
15    There is still more that you can give, but you are not 24, like
16    Mr. Ortiz was.  You have lived a productive life, and there is
17    more, a greater productive life that you can live, and you have
18    the means and the will to do productive things in the future.
19    I take that into account.
20              I take into account your health, the fact you have
21    a myriad of health problems, gastrointestinal problems,
22    degenerative arthritis, asthma, sinusitis, and I determine the
23    sentence with all of those things in mind.
24              So unless someone objects, I am prepared to impose
25    sentence.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                    *   *   *   *   *   *   *
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com