UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.               )    CRIMINAL NO. 04-10060-RCL<br>)<br>)<br>GEORGE SCHUSSEL            )<br>) | |

**DEFENDANT GEORGE SCHUSSEL'S MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO HIS MOTION FOR BAIL PENDING APPEAL**

Now comes the defendant George Schussel and respectfully requests that he be permitted to a file a short (seven page) reply to the Government's Opposition to his Motion for Bail Pending Appeal, which is being filed contemporaneously herewith.

As reason therefor, defendant states that the filing of a reply to the arguments advanced in the government's Opposition will assist the Court in its consideration and determination of the important issues at stake in defendant's Motion for Bail Pending Appeal.

Respectfully submitted,
By his attorneys,

**/s/ Francis J. DiMento**
Francis J. DiMento.
DiMento & Sullivan
7 Faneuil Hall Marketplace
Boston, Massachusetts 02109
(617) 523-2345

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar. No. 519480
20 Park Plaza, Suite 905
Boston, Massachusetts 02116
(617) 227-3700

**CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 31, 2007.

                                                                         **/s/ Martin G. Weinberg**