UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                          ) | Cr. No. 04-10060-RCL |
| ) | |
| GEORGE SCHUSSEL,            ) | |
|       Defendant.            ) | |

**DEFENDANT'S MOTION FOR RETURN OF CASH SECURITY**

On February 7, 2007, this Court granted Defendant's Unopposed Motion for Deposit of Cash Security in an Interest Bearing Account.

On October 5, 2007, Defendant began his sentence of imprisonment and is presently in custody.

Wherefore, Defendant moves that his cash security in the amount of one million dollars, plus accumulated interest, be delivered to the surety on his bond, Sandra K. Schussel, at the address stated thereon, namely, 5 Kimberly Terrace, Lynnfield, MA 01940.

By his attorney,

/s/ Francis J. DiMento

Francis J. DiMento
BBO No. 125000
DiMENTO & SULLIVAN
7 Faneuil Marketplace, 3rd Fl.
Boston, MA 02109-6113
Phone: 617-523-2345

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 17, 2007.

/s/ Francis J. DiMento